| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | **Graphic III Papers, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-2981890** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **57 Eisenhower Lane South** **Lombard, IL 60148** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)  _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Graphic III Papers, Inc.**
      Name    Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Graphic III Papers, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■  Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Graphic III Papers, Inc.**                                    Case number (*if known*) _____
                Name

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2018**
                      MM / DD / YYYY

**X** /s/ Frank R. Bobek, Jr.                          Frank R. Bobek, Jr.
_____          _____
Signature of authorized representative of debtor          Printed name

Title    **President**
             _____

---

**18. Signature of attorney**

**X** /s/ Joshua D. Greene                    Date    **February 13, 2018**
_____                     MM / DD / YYYY
Signature of attorney for debtor

**Joshua D. Greene**
_____
Printed name

**Springer Brown, LLC**
_____
Firm name

**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
_____
Number, Street, City, State & ZIP Code

Contact phone    **630-510-0000**          Email address    **www.springerbrown.com**

**6292914**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Graphic III Papers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _____
Signature of individual signing on behalf of debtor

**Frank R. Bobek, Jr.**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   __Graphic III Papers, Inc._____      Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**      The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    **of authorized**
    **representative of debtor**      I have been authorized to file this petition on behalf of the debtor.

                                      I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                                      I declare under penalty of perjury that the foregoing is true and correct.

                         Executed on  __02 / 12 / 2018__
                                      MM / DD / YYYY

              X _____          Frank R. Bobek, Jr.
                Signature of authorized representative of debtor   Printed name

                 Title  **President**_____

---

18. **Signature of attorney**   X _____    Date __2/12/18__
                                   Signature of attorney for debtor                MM / DD / YYYY

                                **Joshua D. Greene**_____
                                Printed name

                                **Springer Brown, LLC**_____
                                Firm name

                                **300 S. County Farm Road**
                                **Suite I**
                                **Wheaton, IL 60187**_____
                                Number, Street, City, State & ZIP Code

                         Contact phone  **630-510-0000**____    Email address  **www.springerbrown.com**_____

                                **6292914**_____
                                Bar number and State

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Graphic III Papers, Inc.__                      Case No. _____

                                  Debtor(s)       Chapter    __7__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Frank R. Bobek, Jr.**, declare under penalty of perjury that I am the **President** of **Graphic III Papers, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frank R. Bobek, Jr., President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Frank R. Bobek, Jr., President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Frank R. Bobek, Jr., President** of this Corporation is authorized and directed to employ **Joshua D. Greene**, attorney and the law firm of **Springer Brown, LLC** to represent the corporation in such bankruptcy case."

Date   __02-12-2018__                Signed   _____

                                                      **Frank R. Bobek, Jr.**

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Graphic III Papers, Inc._____

_____
Debtor(s)

Case No. _____

Chapter   __7__  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **99**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____   _____

**Frank R. Bobek, Jr./President**
Signer/Title

Debtor    **Graphic III Papers, Inc.** _____    Case number *(if known)* _____

**Part 14:    Signature and Declaration**

       **WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

       I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____

_____    Frank R. Bobek, Jr.
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **Graphic III Papers, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 13, 2018__    X /s/ Frank R. Bobek, Jr.
Signature of individual signing on behalf of debtor

**Frank R. Bobek, Jr.**
Printed name

**President**
Position or relationship to debtor

<table>
<tbody>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Graphic III Papers, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</tbody>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................     $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................     $        347,785.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................     $        347,785.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................     $        94,046.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................     $        42,940.77

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................     +$        1,362,612.63

4.  Total liabilities ........................................................................
   Lines 2 + 3a + 3b                                                                   $        1,499,599.40

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Graphic III Papers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | 3856 | **$3,471.00** |
| 3.2. | **First Midwest Bank** | **Checking** | 9183 | **$6,242.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $9,713.00

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Deposit with Nicor** | $600.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Graphic III Papers, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$600.00** |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: _____**232,194.00**_____ - _____**0.00**_____ =.... _____**$232,194.00**_____

            face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$232,194.00** |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale Inventory** | | **$0.00** | | **$15,000.00** |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$15,000.00** |

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Graphic III Papers, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Miscellaneous office furniture (chairs, desks, file cabinets)** | $0.00 | | $5,000.00 |
| 40. **Office fixtures**<br>**Racking** | $0.00 | | $1,000.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $6,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Fiat 500 (55,000 Miles)** | $0.00 | Comparable sale | $8,320.00 |
| 47.2. **2015 Ford T250 (79,000 Miles)** | $0.00 | Comparable sale | $13,995.00 |

| Debtor | **Graphic III Papers, Inc.** | | Case number *(If known)* | |
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.3. | **2015 Ford T150 (90,000 Miles)** | **$0.00** | Comparable sale | **$14,182.00** |
| 47.4. | **2013 Ford Tran C (119,000 Miles)** | **$0.00** | Comparable sale | **$8,621.00** |
| 47.5. | **2013 Mercedes Benz ML350W4 (87,000 Miles)** | **$0.00** | Comparable sale | **$21,160.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **1997 Perfecta 36 Paper Cutter** | **$0.00** | | **$15,000.00** |
|---|---|---|---|
| **Crown Electric Pallet Jack** | **$0.00** | | **$3,000.00** |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

| **$84,278.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Graphic III Papers, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,713.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $232,194.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $84,278.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $347,785.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $347,785.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

```
DATE  02/12/18        ACCOUNTS RECEIVABLE SUMMARY                    PAGE    1
ACCOUNT  NAME                           PHONE        DATE LAST-PAY AMT
              CURR       OVER 30      OVER 60     OVER 90     OVER 120    TOTAL-DUE
```

| ACCOUNT NAME | PHONE | DATE LAST-PAY AMT | | | |
|---|---|---|---|---|---|
| CURR | OVER 30 | OVER 60 | OVER 90 | OVER 120 | TOTAL-DUE |
| 16 SHEER GRAPHICS INC. | W(630)654-4422 02/08/18 | 179.64 | | | |
| 526.11 | 1136.18 | 2221.77 | 293.52 | -428.12 | 3749.46 |
| 18 ACE GRAPHICS, INC. | W(630)357-2244 01/19/18 | 839.75 | | | |
| 254.15 | 0.00 | 0.00 | 0.00 | -205.26 | 48.89 |
| 24 ADVANCE OFFSET PRESS | W(630)369-9400 01/08/18 | 25.00 | | | |
| 83.11 | 464.21 | 1033.83 | 157.64 | 420.19 | 2158.98 |
| 31 ALPHAGRAPHICS #232 | W(630)261-1227 10/20/17 | 71.72 | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 353.57 | 353.57 |
| 33 ALPHA PRINTING | W(630)887-8585 07/28/15 | 239.63 | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 17532.55 | 17532.55 |
| 50 BUSINESS CARDS TOMORROW | W(630)424-8201 10/02/11 | 102291.2 | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 3361.05 | 3361.05 |
| 70 CAPITAL PRINTING, INC. | W(630)896-5520 01/29/18 | 557.00 | | | |
| 708.20 | 403.37 | 1091.76 | 382.39 | -480.99 | 2104.73 |
| 151 GRAPHIC 5 PAPERS,INC. | W(847)593-6575 11/16/17 | 808.70 | | | |
| 274.03 | 699.36 | 402.75 | 229.65 | 85.71 | 1691.50 |
| 156 GRAPHICS PLUS INC. | W(630)968-9073 01/19/18 | 134.45 | | | |
| 64.43 | 121.60 | 0.00 | 0.00 | -12.67 | 173.36 |
| 173 MIDLAND | W(847)777-2700 02/13/17 | 222.50 | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 8323.23 | 8323.23 |
| 245 MC ADAMS MULTIGRAPHICS | W(630)990-1707 01/15/18 | 555.74 | | | |
| 0.00 | 65.04 | 164.16 | 0.00 | 6142.26 | 6371.46 |
| 248 MIDWEST OUTDOORS | W(630)887-7722 01/11/18 | 116.20 | | | |
| 154.09 | 0.00 | 0.00 | 0.00 | 0.00 | 154.09 |
| 255 WESTMONT PRINTING | W(630)655-2540 10/31/14 | 80.00 | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 7933.82 | 7933.82 |
| 266 NAPERVILLE PUBLIC LIBRARY | W(630)961-4100 12/18/17 | 186.54 | | | |
| 21.88 | 0.00 | 0.00 | 0.00 | -0.92 | 20.96 |
| 287 PGI MARKETING | W(630)832-1313 08/13/13 | 51.80 | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 |
| 298 PRESS EXPRESS | W(630)963-8878 12/03/14 | 0.01 | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 1067.18 | 1067.18 |
| 310 LITHOPRINT, INC. | W(630)964-9200 01/29/18 | 248.22 | | | |
| 747.36 | 88.08 | 0.00 | 0.00 | 0.00 | 835.44 |
| 333 SERVICE FORMS & GRAPHICS, | W(630)789-3898 01/29/18 | 1719.39 | | | |
| 1854.99 | 1916.42 | 0.00 | 0.00 | -967.38 | 2804.03 |

DATE 02/12/18        ACCOUNTS RECEIVABLE SUMMARY                    PAGE    2
ACCOUNT  NAME                          PHONE        DATE LAST-PAY AMT
            CURR       OVER 30      OVER 60     OVER 90      OVER 120    TOTAL-DUE
--------------------------------------------------------------------------------

| ACCOUNT NAME | CURR | OVER 30 | OVER 60 | OVER 90 | OVER 120 | TOTAL-DUE |
|---|---|---|---|---|---|---|
| 338 SAMECWEI INC. | | | W(630)897-7888 | 01/13/18 | 348.74 | |
| | 784.78 | 416.41 | 0.00 | 0.00 | -422.68 | 778.51 |
| 342 END POINT GRAPHICS | | | W(708)482-4750 | 06/30/16 | 25.27 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 4275.22 | 4275.22 |
| 352 SPOT  PRINTING | | | W(630)953-2428 | 12/29/17 | 1297.86 | |
| | 834.19 | 1195.24 | 22.02 | 140.65 | -458.01 | 1734.09 |
| 366 TELE PRINT (OLD) | | | W(630)941-7877 | 11/15/13 | 78.41 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 15114.54 | 15114.54 |
| 373 TREE TOWNS REPRO SERVICE | | | W(630)832-0209 | 02/08/18 | 229.55 | |
| | 979.05 | 0.00 | 0.00 | 0.00 | -610.82 | 368.23 |
| 393 MINUTEMAN PRINTING | | | W(630)393-3334 | 01/24/18 | 0.10 | |
| | 2308.13 | 614.66 | 0.00 | -416.95 | 0.00 | 2505.84 |
| 411 PRINT PERFECT, INC. | | | W(630)406-1300 | 11/02/12 | 980.63 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 4181.00 | 4181.00 |
| 419 MINUTE MAN PRESS | | | W(708)343-2530 | 02/05/18 | 361.71 | |
| | 1064.53 | 956.32 | 227.18 | 0.00 | -208.26 | 2039.77 |
| 460 FIRST UNITED METHODIST | | | W(630)627-2508 | 12/18/17 | 214.13 | |
| | 172.70 | 0.00 | 0.00 | 0.00 | 95.20 | 267.90 |
| 466 ALLWAYS QUICK PRINT | | | W(708)403-8422 | 12/27/17 | 210.60 | |
| | 185.65 | 0.00 | 0.00 | 0.00 | 0.00 | 185.65 |
| 468 APPLE GRAPHICS | | | W(630)389-2222 | 10/06/17 | 62.76 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 487 COLLEGE OF DuPAGE | | | W(630)942-2800 | 01/24/18 | 171.75 | |
| | 0.00 | 0.00 | 147.56 | 0.00 | 192.79 | 340.35 |
| 531 THE PRINT SHOP OF | | | W(815)786-8278 | 02/05/18 | 140.38 | |
| | 621.23 | 125.98 | 89.64 | 0.00 | -79.57 | 757.28 |
| 584 ALLEGRA PRINT AND IMAGING | | | W(630)963-9100 | 02/04/18 | 40.51 | |
| | 2283.39 | 445.69 | 0.00 | -0.11 | -2095.00 | 633.97 |
| 699 QUALITY BLUE & OFFSET | | | W(630)759-8035 | 01/30/18 | 61.56 | |
| | 216.54 | 0.00 | 0.00 | 0.00 | 0.00 | 216.54 |
| 725 A CORPORATE PRINTING SERV | | | W(630)515-0432 | 05/29/13 | 66.57 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 17760.66 | 17760.66 |
| 828 BETTER WAY, INC. | | | W(630)789-3993 | 02/09/18 | 1551.05 | |
| | 1383.65 | 143.46 | 0.00 | 0.00 | -1410.29 | 116.82 |
| 852 CHRIST CHURCH OAK BROOK | | | W(630)654-1882 | 02/05/18 | 135.80 | |
| | 872.22 | 167.63 | 131.80 | 0.00 | 0.00 | 1171.65 |

```
DATE  02/12/18        ACCOUNTS RECEIVABLE SUMMARY                    PAGE    3
ACCOUNT  NAME                           PHONE        DATE LAST-PAY AMT
         CURR      OVER 30       OVER 60       OVER 90     OVER 120    TOTAL-DUE
-------------------------------------------------------------------------------
  856 DICARR PRINTING COMPANY  W(708)863-0069 02/08/18   500.00
      1434.73       955.36       643.25       -57.24      -929.97     2046.13
-------------------------------------------------------------------------------
  871 SUMMIT BUSINESS PRODUCTS  W(630)629-2526 01/30/18    63.00
       183.75         0.00         0.00         0.00         0.00      183.75
-------------------------------------------------------------------------------
  872 BRISCOE BUSINESS FORMS    W(815)577-9841 12/11/17    46.70
         0.00         0.00         0.00         0.00        15.31       15.31
-------------------------------------------------------------------------------
  875 SOUTHMINSTER PRESBYTERIAN W(630)469-9149 10/30/17   159.33
         0.00         0.00         0.00         0.00         0.10        0.10
-------------------------------------------------------------------------------
  889 ST. JOHN LUTHERAN CHURCH  W(708)620-6399 05/09/96     3.86
        17.11         0.00         0.00         0.00         0.00       17.11
-------------------------------------------------------------------------------
  896 ALLEGRA PRINT & IMAGING   W(630)801-9335 12/30/17    27.44
        22.26         0.00         0.00         0.00        34.60       56.86
-------------------------------------------------------------------------------
 1006 ALPHA GRAPHICS            W(630)513-7711 01/30/18  5418.19
      3140.34         0.00         0.00         0.00     -2008.89     1131.45
-------------------------------------------------------------------------------
 1067 PRO FORM TECHNOLOGIES,INC W(708)430-8439 02/12/18    72.90
       102.76         4.00         0.00         0.00         0.00      106.76
-------------------------------------------------------------------------------
 1101 CPR PRINTING INC.         W(630)402-0272 07/07/17   300.00
         0.00         0.00         0.00         0.00     28799.94    28799.94
-------------------------------------------------------------------------------
 1109 KARA COMMUNICATIONS, INC. W(630)964-8122 02/09/18    17.48
       253.77         0.00         0.00         0.00        -2.24      251.53
-------------------------------------------------------------------------------
 1113 FIRST CHURCH OF LOMBARD   W(630)629-2630 01/15/18   136.38
       136.07         2.70         0.00         0.00        -0.97      137.80
-------------------------------------------------------------------------------
 1118 ACCURATE PRINTING REPAIR  W(630)495-1444 10/13/17    73.92
         0.00        37.75         0.00         0.00         0.00       37.75
-------------------------------------------------------------------------------
 1133 CARMEL MONTESSORI SCHOOL  W(708)393-2996 01/23/17   227.88
         0.00         0.00         0.00         0.00         0.01        0.01
-------------------------------------------------------------------------------
 1182 VILLA PARK PUBLIC LIBRARY W(630)834-1164 01/29/18   141.05
       112.50         0.00         0.00         0.00         0.00      112.50
-------------------------------------------------------------------------------
 1204 MINUTEMAN PRESS           W(630)972-1950 05/27/09   356.56
         0.00         0.00         0.00         0.00         0.01        0.01
-------------------------------------------------------------------------------
 1210 MIDWEST PRINTING INC.     W(630)682-1100 04/21/17  1498.12
        81.56         0.00         0.00         0.00        97.50      179.06
-------------------------------------------------------------------------------
 1348 EPIPHANY EVANGELICAL      W(630)832-8457 01/24/18    75.20
         0.00         0.00         0.00         0.00       132.70      132.70
-------------------------------------------------------------------------------
 1356 G.P.INC                   W(630)968-9073 01/19/18    57.78
       228.42       486.15         0.00         0.00       139.81      854.38
-------------------------------------------------------------------------------
```

```
From:Graphic III Papers INC.        To:16305100004        02/12/2018 16:56    #138 P.007/014
```

| ACCOUNT NAME | CURR | OVER 30 | PHONE OVER 60 | OVER 90 | DATE LAST-PAY AMT OVER 120 | TOTAL-DUE |
|---|---|---|---|---|---|---|
| 1392 GLEN ELLYN BIBLE CHURCH | | W(630)469-2964 | 08/25/17 | | 44.38 | |
| | 64.78 | 0.00 | 0.00 | 0.00 | -44.38 | 20.40 |
| 1408 D&D OFFICE MACHINES, INC. | | W(630)894-9436 | 02/05/18 | | 34.80 | |
| | 36.00 | 0.00 | 0.00 | 0.00 | -2.06 | 33.94 |
| 1415 MAC GRAPHICS | | W(630)620-7200 | 07/16/14 | | 52.52 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 72.50 | 72.50 |
| 1444 SPECTRUM GRAPHIC SER.INC. | | W(630)766-7673 | 02/01/06 | | 45.62 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 1466 JEWELS BY PARK LANE,INC. | | W(847)884-9999 | 11/13/17 | | 874.59 | |
| | 0.00 | 0.00 | 0.00 | 1160.78 | -271.93 | 888.85 |
| 1554 PRIORITY PRINT | | W(708)485-7080 | 02/02/18 | | 41.99 | |
| | 1468.19 | 184.68 | 0.00 | -19.63 | -203.64 | 1429.60 |
| 1558 , NATE MULMAN +1.00 EO | | W(800)950-9765 | 12/20/10 | | 1.00 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.32 | 0.32 |
| 1580 ROYAL GRAPHICS, INC. | | W(630)852-8421 | 02/08/18 | | 289.45 | |
| | 140.60 | 196.22 | 120.75 | 0.00 | -337.60 | 119.97 |
| 1592 B-V PHOTO COMPOSITION | | W(708)601-2245 | 03/27/17 | | 151.36 | |
| | 0.00 | 151.36 | 0.00 | 0.00 | 0.00 | 151.36 |
| 1596 PALMER PACKAGING INC. | | W(630)628-6500 | 06/26/17 | | 613.00 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 413.21 | 413.21 |
| 1608 EXECUTIVE AFFILIATES INC. | | W(630)556-3731 | 01/19/18 | | 148.30 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 |
| 1619 VOICES OF VISION | | W(630)232-8457 | 04/14/11 | | 9.88 | |
| | 104.67 | 0.00 | 0.00 | 0.00 | 0.00 | 104.67 |
| 1627 VIKING PRINTING, INC. | | W(312)341-0985 | 11/03/14 | | 294.39 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1863.21 | 1863.21 |
| 1650 INTEGRATED GRAPHICS, INC. | | W(630)482-6100 | 02/05/18 | | 459.48 | |
| | 463.48 | 0.00 | 0.00 | 0.00 | -430.15 | 33.33 |
| 1653 PATTERSON PRINTING | | W(708)430-0224 | 01/17/18 | | 200.00 | |
| | 141.48 | 368.19 | 106.87 | 70.47 | -450.00 | 237.01 |
| 1654 RW WILSON PRINTING | | W(630)584-4100 | 12/28/17 | | 74.91 | |
| | 0.00 | 0.00 | 78.14 | 0.00 | 0.00 | 78.14 |
| 1708 REVERE CENTRAL | | W(630)393-1150 | 11/08/17 | | 304.00 | |
| | 0.00 | 592.25 | 0.00 | 0.00 | 0.00 | 592.25 |
| 1746 NEENAH PAPER | | W(800)558-5061 | 08/17/17 | | 450.14 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 742.59 | 742.59 |

DATE  02/12/18        ACCOUNTS RECEIVABLE SUMMARY                     PAGE    5
ACCOUNT  NAME                           PHONE        DATE LAST-PAY AMT
            CURR       OVER 30      OVER 60     OVER 90     OVER 120    TOTAL-DUE

| ACCOUNT NAME | CURR | OVER 30 | PHONE / OVER 60 | DATE / OVER 90 | LAST-PAY AMT / OVER 120 | TOTAL-DUE |
|---|---|---|---|---|---|---|
| 1763 BRADNER SMITH & COMPANY | | | W(847)290-8485 | 11/22/13 | 2036.02 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 891.37 | 891.37 |
| 1824 FAST "N" ACCURATE | | | W(630)792-8000 | 12/25/00 | 130.76 | |
| | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 1846 MACKAY & COMPANY | | | W(630)916-6110 | 11/06/17 | 192.73 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 385.58 | 385.58 |
| 1884 RDL PRINTING | | | W(773)319-8988 | 10/13/16 | 200.00 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 482.68 | 482.68 |
| 1922 CENVEO NATIONAL ENVELOPE | | | W(800)527-2422 | 11/12/00 | 617.88 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 360.12 | 360.12 |
| 2113 BLOOMING COLOR,INC. | | | W(630)705-9200 | 02/06/18 | 2699.05 | |
| | 6619.92 | 7797.16 | 9276.46 | 1027.75 | -9113.60 | 15607.69 |
| 2140 KIM BEITEL | | | W(815)786-4623 | 04/23/99 | 7.84 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 2195 PRINTING PRESS | | | W(815)725-0018 | 04/03/15 | 159.99 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 419.56 | 419.56 |
| 2208 WRONA BROS.INC. | | | W(847)742-4296 | 02/02/18 | 395.20 | |
| | 118.48 | 0.00 | 0.00 | 0.00 | -37.80 | 80.68 |
| 2216 DML SOLUTIONS, INC. | | | W(630)513-1385 | 05/08/17 | 137.36 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 2225 CARLSON PAINT GLASS & ART | | | W(630)668-4000 | 06/15/17 | 619.46 | |
| | 0.00 | 84.29 | 0.00 | 0.00 | 0.00 | 84.29 |
| 2234 LEHMAN, INC. | | | W(847)437-0087 | 12/17/15 | 13351.30 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 153.75 | 153.75 |
| 2242 SPINKS INK | | | W(630)543-9783 | | 0.00 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 32.97 | 32.97 |
| 2247 BOISE CASCADE | | | W(866)326-7839 | 12/02/00 | 2.00 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.07 |
| 2255 LINDENMEYR MUNROE | | | W(630)250-7500 | 11/10/17 | 34.50 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 787.29 | 787.29 |
| 2360 SOURCE ONE OFFICE | | | W(847)429-9999 | 02/07/18 | 60.92 | |
| | 163.62 | 0.00 | 0.00 | 0.00 | -111.80 | 51.82 |
| 2399 LOMBARD MENNONITE PEACE | | | W(630)627-0507 | 01/11/18 | 98.54 | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 46.69 | 46.69 |
| 2426 DIVINE SAVIOR PARISH | | | W(630)969-1532 | 09/05/17 | 140.92 | |
| | 73.90 | 0.00 | 0.00 | 0.00 | -3.47 | 70.43 |

```
DATE  02/12/18        ACCOUNTS RECEIVABLE SUMMARY              PAGE    6
ACCOUNT  NAME                        PHONE        DATE LAST-PAY AMT
         CURR       OVER 30      OVER 60      OVER 90    OVER 120    TOTAL-DUE
------------------------------------------------------------------------------
2544 D & R PRESS             W(708)452-0500 04/06/15   75.57
      0.00         0.00         0.00         0.00       176.00      176.00
------------------------------------------------------------------------------
2656 LABELSOURCE             W(800)992-2125             0.00
      0.00         0.00         0.00         0.00       652.41      652.41
------------------------------------------------------------------------------
2670 ,                          W(708)354-8464 12/03/14   117.66
      0.00         0.00         0.00         0.00        35.02       35.02
------------------------------------------------------------------------------
2714 DIGITAL PRINTING        W(630)627-7400 01/25/18   26.89
     343.44       167.19        0.00         0.00         0.00      510.63
------------------------------------------------------------------------------
2740 MCF PRINTING COMPANY    W(630)670-5764 03/24/15   112.04
      0.00         0.00         0.00         0.00      4276.62     4276.62
------------------------------------------------------------------------------
2807 BATAVIA INSTANT PRT.,INC. W(630)262-0370 08/16/16   71.49
     76.58         0.00         0.00         0.00       -43.27       33.31
------------------------------------------------------------------------------
2847 PUBLIC LIBRARY          W(630)458-3302 01/19/18   213.09
     133.28        0.00         0.00         0.00         0.00      133.28
------------------------------------------------------------------------------
2849 PUBLIC LIBRARY          W(630)213-5057 01/18/18   166.50
     213.17        0.00         0.00         0.00         0.00      213.17
------------------------------------------------------------------------------
2855 PUBLIC LIBRARY          W(630)668-1374 11/27/17   538.28
      0.00       738.79         0.00         0.00      -248.40      490.39
------------------------------------------------------------------------------
2884 JUSKIE PRINTING INC     W(630)663-8833 02/12/18   500.00
     805.36      1556.73      1803.48      3397.57     2314.86     9878.00
------------------------------------------------------------------------------
2897 ALLSTATE INSURANCE CO.  W(847)667-5293             0.00
     151.51        0.00                     0.00         0.00      151.51
------------------------------------------------------------------------------
3174 DEDICATED GRAPHICS      W(847)683-1200 01/23/18    6.75
      0.00         0.00         0.00         0.00         6.99        6.99
------------------------------------------------------------------------------
3182 GLENBARD EAST HIGH SCHOOL W(630)627-9250 10/24/17   38.94
     40.16         0.00         0.00         0.00         0.00       40.16
------------------------------------------------------------------------------
3186 FLEETWOOD PRESS         W(708)485-6811 01/16/18   41.17
     112.10       136.80       121.25        0.00       -31.90      338.25
------------------------------------------------------------------------------
3211 BIER ACCOUNTING AND     W(630)495-5688 08/14/17   230.18
      0.00       350.20         0.00         0.00       -44.36      305.84
------------------------------------------------------------------------------
3451 ,  ILL                     W(708)747-0716 07/28/16   122.00
      0.00         0.00         0.00         0.00      2292.32     2292.32
------------------------------------------------------------------------------
3452 RISO, INC.              W(630)627-8800 10/26/09   11.44
     66.60         0.00         0.00         0.00         0.00       66.60
------------------------------------------------------------------------------
3458 MASTER IMPRESSIONS,INC. W(708)338-2631 11/13/17   85.00
      0.00         0.00         0.00         0.00         0.40        0.40
------------------------------------------------------------------------------
```

From:Graphic III Papers INC.          To:6305100004          02/12/2018 16:57     #138 P.010/014

```
DATE  02/12/18        ACCOUNTS RECEIVABLE SUMMARY                PAGE    7
ACCOUNT  NAME                          PHONE        DATE LAST-PAY AMT
            CURR       OVER 30      OVER 60     OVER 90   OVER 120    TOTAL-DUE
```

| ACCOUNT | NAME | CURR | OVER 30 | PHONE / OVER 60 | DATE / OVER 90 | LAST-PAY AMT / OVER 120 | TOTAL-DUE |
|---|---|---|---|---|---|---|---|
| 3499 | MINUTEMAN PRESS | | | W(708)598-4915 | 08/31/15 | 3290.80 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 17.53 | 17.53 |
| 3556 | JOHN | | | W | 05/08/02 | 17.56 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 3628 | OFFICEMAX | | | W(630)368-9080 | 11/13/12 | 100.41 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 293.00 | 293.00 |
| 3726 | AMWELL | | | W(630)898-6900 | 07/18/16 | 300.66 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 890.30 | 890.30 |
| 3809 | PHYSICIANS RECORD CO. | | | W(708)749-3111 | 01/26/18 | 12.44 | |
| | | 261.25 | 0.00 | 0.00 | 0.00 | -0.88 | 260.37 |
| 3947 | HELEN PLUM  LIBRARY | | | W(630)627-0316 | 06/14/17 | 64.05 | |
| | | 64.05 | 0.00 | 0.00 | 0.00 | 49.97 | 114.02 |
| 3967 | CDI | | | W(630)599-0620 | 04/04/16 | 96.28 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.32 | 0.32 |
| 3985 | GEORGE | | | W | 09/23/16 | 20.56 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 5.95 | 5.95 |
| 4021 | FREDERICK KLEM | | | W | | 0.00 | |
| | | 28.02 | 0.00 | 0.00 | 0.00 | 0.00 | 28.02 |
| 4039 | NATIONAL ASSOCIATION OF | | | W(312)329-8631 | 03/10/16 | 1144.57 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 30.00 |
| 4148 | BOB BEARDEN & SON PRTG | | | W(815)254-2883 | 12/16/11 | 16185.18 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 114.27 | 114.27 |
| 4219 | BELLA INK | | | W(630)576-2008 | 11/14/17 | 96.75 | |
| | | 0.00 | 0.00 | -96.75 | 0.00 | 117.34 | 20.59 |
| 4223 | MULTI STATE REALTY, INC. | | | W(312)850-0635 | 10/11/04 | 586.48 | |
| | | 219.69 | 0.00 | 0.00 | 0.00 | 0.00 | 219.69 |
| 4282 | CHAPELSTREET CHURCH | | | W(630)232-7068 | 01/02/18 | 203.59 | |
| | | 0.00 | 0.00 | 0.00 | 229.17 | -38.80 | 190.37 |
| 4367 | FAST COLOR | | | W(630)627-0202 | 01/12/18 | 525.02 | |
| | | 567.49 | 405.93 | 0.00 | 0.00 | -880.11 | 93.31 |
| 4397 | THE PLANSTONE GROUP | | | W(630)405-2618 | 10/27/14 | 203.23 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 4425 | THE UPS STORE | | | W(630)493-0765 | 01/30/18 | 692.57 | |
| | | 98.91 | 0.00 | 0.00 | 0.00 | -59.77 | 39.14 |
| 4485 | STARLINE GRAPHICS | | | W(630)628-5872 | 11/09/17 | 107.14 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |

```
DATE 02/12/18        ACCOUNTS RECEIVABLE SUMMARY              PAGE    8
ACCOUNT  NAME                          PHONE     DATE LAST-PAY AMT
          CURR       OVER 30      OVER 60      OVER 90     OVER 120    TOTAL-DUE
```

| ACCOUNT | NAME | CURR | OVER 30 | PHONE | DATE | LAST-PAY AMT | OVER 90 | OVER 120 | TOTAL-DUE |
|---|---|---|---|---|---|---|---|---|---|
| 4494 | GARDEN OF PRAYER | | | W(708)681-1568 | 10/06/17 | 158.52 | | | |
| | | 244.09 | 0.00 | 0.00 | | | 0.00 | 0.00 | 244.09 |
| 4596 | KWIK KOPY #123 | | | W(630)607-9936 | 07/31/12 | 1190.34 | | | |
| | | 0.00 | 0.00 | 0.00 | | | 0.00 | 1160.80 | 1160.80 |
| 4646 | ILLINOIS COLLEGE OF | | | W(630)495-6400 | 11/14/17 | 117.24 | | | |
| | | 0.00 | 121.50 | 0.00 | | | 0.00 | 0.00 | 121.50 |
| 4686 | GILL REPROGRAPHICS, INC. | | | W(630)652-0800 | 01/29/18 | 97.82 | | | |
| | | 164.15 | 0.00 | 0.00 | | | 0.00 | -17.70 | 146.45 |
| 4709 | GLATFELTER | | | W(800)458-6323 | 08/13/14 | 37.62 | | | |
| | | 0.00 | 0.01 | 0.00 | | | 0.00 | 0.31 | 0.32 |
| 4801 | MINUTEMAN PRESS | | | W(815)582-4014 | 02/01/18 | 3107.91 | | | |
| | | 923.03 | 0.00 | 0.00 | | | 0.00 | -13.99 | 909.04 |
| 4874 | RICH GRAPHICS | | | W(815)439-1808 | 06/06/17 | 496.80 | | | |
| | | 0.00 | 0.00 | 0.00 | | | 0.00 | 591.30 | 591.30 |
| 4921 | UP NORTH PRINTING | | | W(630)584-8675 | 01/31/18 | 537.48 | | | |
| | | 3156.78 | 1914.68 | 3226.24 | | | 1099.26 | -2876.13 | 6520.83 |
| 4970 | GRAPHIC ALLIANCE | | | W(847)253-8400 | 01/15/18 | 401.79 | | | |
| | | 630.62 | 0.00 | 0.00 | | | 0.00 | 183.94 | 814.56 |
| 4989 | NEW VISION PRINT & | | | W(630)406-0509 | 01/26/18 | 336.03 | | | |
| | | 843.15 | 336.86 | 0.00 | | | 0.01 | -497.95 | 682.07 |
| 5022 | OFFICEMAX | | | W(630)717-7571 | 08/20/12 | 45.67 | | | |
| | | 0.00 | 0.00 | 0.00 | | | 0.00 | 305.44 | 305.44 |
| 5025 | OAK BROOK PARK DISTRICT | | | W(630)645-9590 | 01/18/18 | 53.25 | | | |
| | | 49.38 | 0.00 | 0.00 | | | 0.00 | 0.00 | 49.38 |
| 5059 | MACLYN GROUP | | | W(630)852-2057 | 02/05/18 | 183.90 | | | |
| | | 61.30 | 0.00 | 0.00 | | | 0.00 | 183.82 | 245.12 |
| 5088 | KONICA MINOLTA | | | W(630)271-6900 | 02/12/18 | 47.68 | | | |
| | | 96.05 | 0.00 | 0.00 | | | 0.00 | 0.00 | 96.05 |
| 5223 | KENNEDY GRAPHICS | | | W(630)627-7788 | 01/12/18 | 30.00 | | | |
| | | 105.00 | 50.00 | 0.00 | | | 0.00 | 0.00 | 155.00 |
| 5279 | MYSTIC MOON MEDIA | | | W(262)684-4367 | 11/01/17 | 193.72 | | | |
| | | 94.00 | 0.00 | 0.00 | | | 0.00 | 0.07 | 94.07 |
| 5305 | MAKKAH D SIGN PRINTING | | | W(630)709-9786 | 02/08/18 | 146.00 | | | |
| | | -146.00 | 0.00 | 146.00 | | | 164.55 | 0.00 | 164.55 |
| 5307 | SAINT BEDE ABBEY PRESS | | | W(815)223-5300 | 02/01/18 | 118.39 | | | |
| | | 465.32 | 258.50 | 0.00 | | | 0.00 | -83.94 | 639.88 |

```
DATE  02/12/18        ACCOUNTS RECEIVABLE SUMMARY                    PAGE    9
ACCOUNT  NAME                           PHONE        DATE LAST-PAY AMT
         CURR      OVER 30      OVER 60      OVER 90      OVER 120    TOTAL-DUE
---------------------------------------------------------------------------
 5374 DIRECT MAIL SOLUTIONS    W(630)653-6863 12/20/17   542.65
         0.00       542.65        0.00         0.00         0.00      542.65
---------------------------------------------------------------------------
 5438 AUGEO CONSUMER ENGAGEMENT W(630)420-6200 01/17/17  1417.50
         0.00        0.00         0.00         0.00         0.01        0.01
---------------------------------------------------------------------------
 5440 APPRIZE PROMOTIONAL PROD. W(630)468-2043 01/16/18   391.20
       253.42        0.00        91.43         0.00      -100.00      244.85
---------------------------------------------------------------------------
 5585 R & R DIGITAL            W(708)384-6100 04/04/13   433.60
         0.00        0.00         0.00         0.00      1117.57     1117.57
---------------------------------------------------------------------------
 5586 CROSS RHODES REPRO       W(630)963-4700 01/23/18   370.44
       653.88       644.21       534.12        0.00       -88.44     1743.77
---------------------------------------------------------------------------
 5588 PHOENIX PRESS, INC.      W(630)833-2281 08/11/17    24.20
         0.00        0.00         0.00       106.60         0.00      106.60
---------------------------------------------------------------------------
 5604 ALL SOULS ANGLICAN CHURCH W(630)344-9510 01/11/18  125.50
         0.00        0.00         0.00         0.00        85.00       85.00
---------------------------------------------------------------------------
 5622 GIANT STEPS              W(630)864-3800 07/21/16    82.78
         0.00        0.00        82.78         0.00         0.00       82.78
---------------------------------------------------------------------------
 5626 THE UPS STORE            W(630)443-6610 11/10/14   368.25
         0.00        0.00         0.00         0.00        46.34       46.34
---------------------------------------------------------------------------
 5661 HIROSE ELECTRIC(USA),INC. W(630)282-6700 01/09/18  188.95
        20.00        0.00         0.00         0.00         0.00       20.00
---------------------------------------------------------------------------
 5681 NANCY SCHOGER            W(630)717-6636 11/04/16     8.67
         0.00        0.00         0.00         0.00        48.49       48.49
---------------------------------------------------------------------------
 5728 , 5000L, KAREN$$-BRYAN      W(815)933-8181 10/20/16   200.00
         0.00        0.00         0.00         0.00      4470.43     4470.43
---------------------------------------------------------------------------
 5730 KNAUER INDUSTRIES        W(815)725-0246              0.00
         0.01        0.00         0.00         0.00         0.00        0.01
---------------------------------------------------------------------------
 5731 JM PRINTERS              W(815)727-1579 03/02/15   785.19
         0.00        0.00         0.00         0.00       260.05      260.05
---------------------------------------------------------------------------
 5732 MICHAELS BUSINESS        W(815)933-7514 05/07/15   232.38
         0.00        0.00         0.00         0.00         0.11        0.11
---------------------------------------------------------------------------
 5733 ST JOSEPH SCHOOL OF      W(815)838-8173 01/29/15   201.75
         0.00        0.00         0.00         0.00       260.50      260.50
---------------------------------------------------------------------------
 5751 ZEAPORT                  W(630)400-6422 11/02/17   112.00
         0.00       116.00        0.00         0.00         0.00      116.00
---------------------------------------------------------------------------
 5756 FORT ERIE ELK LODGE      W(815)722-5813 01/26/15   267.00
         0.00        0.00         0.00         0.00       267.05      267.05
---------------------------------------------------------------------------
```

DATE  02/12/18          ACCOUNTS RECEIVABLE SUMMARY                    PAGE   10
ACCOUNT  NAME                            PHONE      DATE LAST-PAY AMT
            CURR        OVER 30     OVER 60     OVER 90     OVER 120    TOTAL-DUE

| ACCOUNT NAME | CURR | OVER 30 | PHONE | OVER 60 | DATE | OVER 90 | LAST-PAY AMT OVER 120 | TOTAL-DUE |
|---|---|---|---|---|---|---|---|---|
| 5760 BRANDT PRINTING | | | W(815)942-4064 | | 02/09/15 | | 524.00 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 87.86 | 87.86 |
| 5777 F-D PRINTING | | | W(708)479-9767 | | 12/08/14 | | 41.50 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 148.06 | 148.06 |
| 5817 JOE LORUSSO/MYIMPRINT | | | W(815)786-5810 | | 11/14/17 | | 66.42 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 1063.53 | 1063.53 |
| 5827 VERNON & MAZ | | | W(708)534-9123 | | 02/20/15 | | 589.59 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 532.39 | 532.39 |
| 5840 AJ CUSTOMIZE | | | W | | 10/09/13 | | 37.89 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 89.31 | 89.31 |
| 5854 J & R SERVICE CENTER | | | W(815)252-8829 | | 05/16/17 | | 309.26 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.01 | 0.01 |
| 5872 CHAMA GAUCHA | | | W(630)324-6002 | | 08/23/17 | | 69.12 | |
| | 162.97 | 0.00 | | 0.00 | | 0.00 | 0.00 | 162.97 |
| 5890 THE UPS STORE | | | W(630)898-4300 | | 07/26/16 | | 483.22 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 19.85 | 19.85 |
| 5907 INVENTORY 2015 | | | W | | 01/01/17 | | 11479.00 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.10 | 0.10 |
| 5947 SIMPLICTIC INVATATIONS | | | W(708)698-0538 | | 10/24/17 | | 24.76 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 42.85 | 42.85 |
| 5951 CYNTHIA MARTINEZ | | | W(708)473-4482 | | 06/30/14 | | 312.35 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 290.45 | 290.45 |
| 5955 DYNA INK | | | W(630)325-0750 | | 10/28/13 | | 100.67 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.01 | 0.01 |
| 5985 COPYMED EXPRESS | | | W(773)230-3605 | | 10/09/17 | | 156.60 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 4.00 | 4.00 |
| 5997 PRINTERS QUILL | | | W(708)429-3636 | | 01/28/15 | | 222.21 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 447.13 | 447.13 |
| 6016 DYNA PRO COMMERCIAL | | | W(815)258-6160 | | 10/16/14 | | 377.29 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 2898.38 | 2898.38 |
| 6024 K5 IMAGING | | | W(630)579-8000 | | 03/06/17 | | 279.00 | |
| | 0.00 | 73.75 | | 0.00 | | 0.00 | 0.00 | 73.75 |
| 6036 HYDROX LABORATORIES | | | W(847)468-9400 | | 01/19/18 | | 279.00 | |
| | 0.00 | 279.00 | | 0.00 | | 0.00 | 0.00 | 279.00 |
| 6078 OFFICEMAX | | | W(708)481-5651 | | 11/19/15 | | 825.19 | |
| | 0.00 | 0.00 | | 0.00 | | 0.00 | 0.02 | 0.02 |

```
DATE  02/12/18        ACCOUNTS RECEIVABLE SUMMARY                PAGE   11
ACCOUNT  NAME                          PHONE      DATE LAST-PAY AMT
           CURR       OVER 30      OVER 60    OVER 90    OVER 120    TOTAL-DUE
```

| ACCOUNT | NAME | CURR | OVER 30 | PHONE / OVER 60 | DATE / OVER 90 | LAST-PAY AMT / OVER 120 | TOTAL-DUE |
|---|---|---|---|---|---|---|---|
| 6098 | CREATIVE DIGITAL GRAPHICS | | | W(847)848-2860 | 12/28/17 | 770.11 | |
| | | 1449.39 | 1225.98 | 1985.54 | 0.00 | -920.67 | 3740.24 |
| 6100 | ALRON SMITH | | | W(607)733-5666 | | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 113.28 | 113.28 |
| 6106 | REDD PROMO | | | W(630)435-5269 | 11/27/17 | 36.06 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 1224.48 | 1224.48 |
| 6109 | TODD SURVEYING | | | W(630)892-1309 | 07/21/16 | 178.96 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 6112 | TIM ROHE | | | W(815)727-6176 | 06/11/15 | -356.63 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 908.71 | 908.71 |
| 6120 | GAGLIARDO REALTY ASSOC. | | | W(708)771-8040 | 10/03/17 | 334.70 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 85.87 | 85.87 |
| 6121 | JOHN'S RECOVERY | | | W(773)655-7206 | | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 2000.00 | 2000.00 |
| 6145 | BAKER, | | | W | | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 20.51 | 20.51 |
| 6166 | ONE STEP INC. | | | W(815)439-3430 | 12/12/17 | 8.67 | |
| | | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 6168 | THE UPS STORE | | | W | 02/12/18 | 154.98 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 186.25 | 186.25 |
| 6194 | HINSDALE CENTRAL HIGH | | | W | | 0.00 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 337.66 | 337.66 |
| 6207 | ONTIME PRINT MANAGEMENT | | | W(708)544-4500 | 02/08/18 | 852.85 | |
| | | 1582.97 | 0.00 | 0.00 | 0.00 | 0.00 | 1582.97 |
| 6209 | IMPACT NETWORKING, LLC | | | W(630)679-9090 | 02/12/18 | 5815.33 | |
| | | 422.15 | 0.00 | -8.88 | -0.10 | -277.42 | 135.75 |
| 6213 | IMPACT NETWORKING | | | W | 05/03/17 | 69.56 | |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 5.05 | 5.05 |
| TOTALS | | 45916.08 | 28738.54 | 23643.16 | 7965.98 | 125931.05 | 232194.81 |

**Fill in this information to identify the case:**

Debtor name **Graphic III Papers, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**2015 Fiat 500 (55,000 Miles)**                          $10,049.00          $8,320.00

**P.O. Box 380902**
**Minneapolis, MN**
**55438-0902**

Creditor's mailing address

Describe the lien
**Automobile loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0149**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ford Credit** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**2015 Ford T250 (79,000 Miles)**                          $23,553.00          $13,995.00

**PO box 1106**
**Westmont, IL 60559-8306**

Creditor's mailing address

Describe the lien
**Automobile loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5949**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Graphic III Papers, Inc.**                                    Case number (if know) _____
          Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **Ford Credit** | Describe debtor's property that is subject to a lien | $22,786.00 | $14,182.00 |
|-----|-----------------|------------------------------------------------------|------------|------------|

Creditor's Name                    **2015 Ford T150 (90,000 Miles)**

**PO box 1106**
**Westmont, IL 60559-8306**

Creditor's mailing address         **Describe the lien**
                                   **Automobile loan**
                                   **Is the creditor an insider or related party?**
                                   ■ No
Creditor's email address, if known ☐ Yes
                                   **Is anyone else liable on this claim?**
**Date debt was incurred**         ☐ No
                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**5443**
**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.4 | **Ford Credit** | Describe debtor's property that is subject to a lien | $8,288.00 | $8,621.00 |
|-----|-----------------|------------------------------------------------------|-----------|-----------|

Creditor's Name                    **2013 Ford Tran C (119,000 Miles)**

**PO box 1106**
**Westmont, IL 60559-8306**

Creditor's mailing address         **Describe the lien**
                                   **Automobile loan**
                                   **Is the creditor an insider or related party?**
                                   ■ No
Creditor's email address, if known ☐ Yes
                                   **Is anyone else liable on this claim?**
**Date debt was incurred**         ☐ No
                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**2822**
**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.5 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $29,370.00 | $21,160.00 |
|-----|-----------------------------|------------------------------------------------------|------------|------------|

Creditor's Name                    **2013 Mercedes Benz ML350W4 (87,000 Miles)**

**PO Box 685**
**Roanoke, TX 76262**

Creditor's mailing address         **Describe the lien**
                                   **Automobile loan**
                                   **Is the creditor an insider or related party?**
                                   ■ No
Creditor's email address, if known ☐ Yes

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

| Debtor | **Graphic III Papers, Inc.** | Case number (if know) | |
| | Name | | |

**Date debt was incurred**

**2014**

**Last 4 digits of account number**

**0001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $94,046.00

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Ford Motor Credit**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | Line _2.2_ | |
| **Ford Motor Credit**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | Line _2.3_ | |
| **Ford Motor Credit**<br>**PO Box 537901**<br>**Livonia, MI 48153-7901** | Line _2.4_ | |
| **Mercedez Benz Financial**<br>**PO Box 5209**<br>**Carol Stream, IL 60197** | Line _2.5_ | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Graphic III Papers, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,940.77 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,413.06 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Credit Card__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,807.09 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Credit card purchases and interest__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    33434                    Best Case Bankruptcy

| Debtor | **Graphic III Papers, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**Aramark**
P.O. Bxo 1040
Saint Charles, MO 63302

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$363.76**

---

**3.4** | Nonpriority creditor's name and mailing address
**At & T**
P.O. Box 5080
Carol Stream, IL 60197-5080

Date(s) debt was incurred _
Last 4 digits of account number  **1599**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$369.50**

---

**3.5** | Nonpriority creditor's name and mailing address
**AT & T Mobility**
P.O. Box 6463
Carol Stream, IL 60197-6463

Date(s) debt was incurred _
Last 4 digits of account number  **7381**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38.62**

---

**3.6** | Nonpriority creditor's name and mailing address
**AutoMotivation**
270 N Eisenhower Ln
Suite 1
Lombard, IL 60148

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$222.15**

---

**3.7** | Nonpriority creditor's name and mailing address
**Bank of America**
P.O. Box 851001
Dallas, TX 75285

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(-271, 734.93)**

Is the claim subject to offset? ■ No ☐ Yes

**$271,734.93**

---

**3.8** | Nonpriority creditor's name and mailing address
**Beloit Board Company, Inc.**
P.O. Box 386
Beloit, WI 53512-0386

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,356.91**

---

**3.9** | Nonpriority creditor's name and mailing address
**Birch Communications**
P.O. Box 105066
Atlanta, GA 30348-5066

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$499.71**

---

| Debtor | Graphic III Papers, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Blanks/USA**
**7700 68th Avenue N #7**
**Minneapolis, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26.19**

---

**3.11** | Nonpriority creditor's name and mailing address

**Blue Cross Blue Shield**
**25550 Network Place**
**Chicago, IL 60673-1255**

Date(s) debt was incurred _

Last 4 digits of account number  **4898**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,646.88**

---

**3.12** | Nonpriority creditor's name and mailing address

**Boise White Paper. LLC**
**P.O. Box 844169**
**Dallas, TX 75284-4169**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,399.93**

---

**3.13** | Nonpriority creditor's name and mailing address

**Capital One Card Service**
**P.O. Box 71107**
**Charlotte, NC 28272**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$441.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Cardmember Service**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,983.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**Cenveo**
**P.O. Box 802035**
**Chicago, IL 60680-2035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,235.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Chase**
**P.O. Box 15153**
**Wilmington, DE 19886-5153**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$119,581.40**

---

| Debtor | **Graphic III Papers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,045.19 |
|---|---|---|---|

**Chicago Envelope**
**685 Kimberly Drive**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.00 |
|---|---|---|---|

**Chrysler Capital**
**PO Box 961275**
**Fort Worth, TX 76161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vehicle Deficiency**

Last 4 digits of account number  **5370**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.72 |
|---|---|---|---|

**Citi Mastercard**
**P.O. Box 688901**
**Des Moines, IA 50368-8901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases and interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265,811.29 |
|---|---|---|---|

**Citibank Mastercard**
**Citi Cards**
**P.O. Box 688901**
**Des Moines, IA 50363-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.00 |
|---|---|---|---|

**CMB Printing**
**15W 700 79th Street**
**Willowbrook, IL 60527-7964**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.54 |
|---|---|---|---|

**ComCast**
**P.O. Box 3001**
**Southeastern, PA 19398-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2659**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.48 |
|---|---|---|---|

**ComEd**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1040**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Graphic III Papers, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.36** |
| | **Coolersmart**<br>**P.O. Box 1513030**<br>**Philadelphia, PA 19175-3030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,026.00** |
| | **De Lage Landen Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Copier Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96.70** |
| | **DearBorn National**<br>**36788 Eagle Way**<br>**Chicago, IL 60678-1367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$451.57** |
| | **Ford Credit**<br>**P.O. Box 790093**<br>**Saint Louis, MO 63179-0093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **2822** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,382.38** |
| | **Frank R Bobek**<br>**4 Cambridge Drive**<br>**Oak Brook, IL 60523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$532.52** |
| | **Garvey's Office Products**<br>**P.O. Box 5678**<br>**Carol Stream, IL 60197-5678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$592.58** |
| | **GM Business Card**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Graphic III Papers, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$491.00** |
|---|---|---|---|

**GM Chase**
**P.O. Box 15153**
**Wilmington, DE 19886-5153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$353.25** |
|---|---|---|---|

**Graphic 14, Inc**
**948 Tower Road**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,213.54** |
|---|---|---|---|

**Graphic 5 Inc.**
**1440 Landmeier Rd**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.87** |
|---|---|---|---|

**Graphic Papers of Joliet, Inc.**
**701 Scott Street**
**Joliet, IL 60432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$943.24** |
|---|---|---|---|

**Guardian**
**P.O. Box 530157**
**Atlanta, GA 30353-0157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number  7101**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$460.23** |
|---|---|---|---|

**Guardian Appleton**
**P.O. Box 6774558**
**Dallas, TX 75267-7458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number  7871**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64.15** |
|---|---|---|---|

**Guardian-Kurz**
**P.O. Box 6011**
**Carol Stream, IL 60197-6011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Graphic III Papers, Inc. | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298.70** |
|------|------------------------------------------------|--------------------------------------------------------------------|------------|

**Hazen Paper Company**
**P.O. Box 189**
**Holyoke, MA 01041-1089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.14** |
|------|------------------------------------------------|--------------------------------------------------------------------|------------|

**Illinois Paper & Copier Company**
**6 Territorial Ct.**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.50** |
|------|------------------------------------------------|--------------------------------------------------------------------|------------|

**Jorsen & Carlson, Inc**
**15601 Pratt Blvd.**
**P.O. Box 796**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,863.00** |
|------|------------------------------------------------|--------------------------------------------------------------------|---------------|

**Konica Minolta Premier Finance**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Copier Lease__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$301.30** |
|------|------------------------------------------------|--------------------------------------------------------------------|------------|

**Label Source, Corp**
**19027 S Jodi Rd Unit E**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,217.94** |
|------|------------------------------------------------|--------------------------------------------------------------------|---------------|

**Leader Paper Products, Inc.**
**Bin #352**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,264.10** |
|------|------------------------------------------------|--------------------------------------------------------------------|---------------|

**Lehman, Inc.**
**1585 Greenleaf Ave.**
**Elk Grove Village, IL 60007-5524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Graphic III Papers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252,658.90** |
|---|---|---|---|

**Lewis Paper**
P.O. Box 562
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,264.32** |
|---|---|---|---|

**Lindenmeyr**
P.O. Box 99922
Chicago, IL 60696-7722

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,683.47** |
|---|---|---|---|

**Macy's Amex**
P.O. Box 183084
Columbus, OH 43218-3084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,722.15** |
|---|---|---|---|

**MB Financial**
P.O. Box 6261
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  0001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,868.22** |
|---|---|---|---|

**Midland Paper**
1140 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,783.00** |
|---|---|---|---|

**Midwest Insurance Company**
c/o Lichtman Eisen Partners
222 N. Lasalle St., Suite 300
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,392.90** |
|---|---|---|---|

**Nordstrom Bank**
P.O. Box 79137
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Graphic III Papers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**P.H. Glatfelter**
**3174 Solutions Center**
**Chicago, IL 60677-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$771.66**

**Palmer Packaging, Inc**
**P.O. Box 335**
**Addison, IL 60101-4306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.24**

**Pekin Insurance**
**2505 Court Street**
**Pekin, IL 61558-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0848**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$589.39**

**Performance Office Papaers**
**21565 Hamburg Ave**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,519.00**

**Pitney Bowes**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$686.00**

**Prestige Box Corp.**
**P.O. Box 220428**
**Great Neck, NY 11022-0428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313.55**

**Promotion Company of Illinois**
**2222 Shetland Road**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Graphic III Papers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.00 |
|---|---|---|---|

**Secretary of State License Renewal**
**3701 Winchester Road**
**Springfield, IL 62707-9700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.10 |
|---|---|---|---|

**Siemens Industry, Inc**
**3500 Quadrangle Blvd.**
**Orlando, FL 32817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,609.00 |
|---|---|---|---|

**Sikich, LLP**
**1415 W. Diehl Rd**
**Suite 400**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accountants fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,061.52 |
|---|---|---|---|

**Southwest Binding & Laminating**
**P.O. Box 150**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,136.94 |
|---|---|---|---|

**Spinnaker Coating, Inc**
**8464 Solution Center**
**Chicago, IL 60677-8004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $734.58 |
|---|---|---|---|

**The Ticket Doctor**
**922 Grant Street**
**Fenton, MI 48430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.87 |
|---|---|---|---|

**United Express Sysytem**
**P.O. Box 1628**
**Aurora, IL 60507-1628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Graphic III Papers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Up North Printing**
**1519 E Main Street**
**Suite 600**
**Saint Charles, IL 60174**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$100.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$383.59**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Victor Envelope Company**
**301 Arthur Court**
**Bensenville, IL 60106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$268.90**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**VK Industrial III, LP**
**9500 W Bryn  Mawr Ave**
**Suite 340**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$89,935.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Von Son, Inc**
**P.O. Box 6002**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$403.39**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Waste Management**
**P.O. Box 4648**
**Carol Stream, IL 60197-4648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$424.64**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Waterlogic East, LLC**
**P.O. Box 829669**
**Philadelphia, PA 19182-9669**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,189.90**

---

| Debtor | **Graphic III Papers, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.60**

**Wausau Coated Products, Inc.**
**P.O. Box 78170**
**Milwaukee, WI 53278-0170**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | | **$119.11**

**Wausau Paper Corp.**
**Bin #073**
**Milwaukee, WI 53288-0073**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | | **$526.27**

**Western States Envelope**
**P.O. Box 2048**
**Milwaukee, WI 53201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cenveo** <br>**c/o Teller Levit & Silvertrust** <br>**19 S. Lasalle, Suite 701** <br>**Chicago, IL 60603** | Line __3.15__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Clingen Callow & McLean, LLC** <br>**2300 Cabot Drive** <br>**Suite 500** <br>**Lisle, IL 60532** | Line __3.69__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Illinois Dept. of Revenue** <br>**P.O. Box 19006** <br>**Springfield, IL 62794-9006** | Line __2.1__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **Pitney Bowes** <br>**c/o Allen, Maxwell & Silver** <br>**PO Box 540** <br>**Fair Lawn, NJ 07410** | Line __3.56__ <br><br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **Western States Envelope** <br>**c/o Kohner Mann & Kailas** <br>**4650 N. Port Washington Rd.** <br>**Milwaukee, WI 53212** | Line __3.75__ <br><br> ☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **42,940.77** |

| Debtor | **Graphic III Papers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5b. Total claims from Part 2** | | 5b. + $ | 1,362,612.63 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | | 5c. $ | 1,405,553.40 |

**Fill in this information to identify the case:**

Debtor name      **Graphic III Papers, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest     **Copier Lease** | |
| State the term remaining     **25 Months** | |
| List the contract number of any government contract | **Delage Landen** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest     **Copier lease** | |
| State the term remaining     **60 months** | |
| List the contract number of any government contract | **Konica Minolta P.O. Box 41602 Philadelphia, PA 19101-1602** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **Graphic III Papers, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Frank R. Bobek, Jr.** | | **Ally** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Frank R. Bobek, Jr.** | | **Ford Credit** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Frank R. Bobek, Jr.** | | **Ford Credit** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Frank R. Bobek, Jr.** | | **Ford Credit** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Frank R. Bobek, Jr.** | | **Mercedes Benz Financial** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Graphic III Papers, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|
| 2.6   **Frank R. Bobek, Jr.** | **Chrysler Capital** | ☐ D _____<br>■ E/F   **3.18**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Graphic III Papers, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)      _____

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | �■ Operating a business<br>☐ Other _____ | **$182,274.00** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For the fiscal year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$4,757,362.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Graphic III Papers, Inc.** | | Case number *(if known)* | |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Chrysler Capital**<br>PO Box 961275<br>Fort Worth, TX 76161 | **2013 Fiat 500. Sold at auction for $5335 and $6450 remains due and owing** | **11/2/17** | **$5,335.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lewis Paper v. Graphic III Papers**<br>**17  L 1207** | **Collection** | **Circuit Court of Dupage County, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Spinnaker Coating, LLC v. Graphic III Papers,Inc.**<br>**17CV4527** | **Collection** | **Common Pleas Court of Montgomery Co., OH** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Graphic III Papers, Inc.** | Case number *(if known)* | |

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Springer Brown, LLC**<br>**300 South County Farm Road**<br>**Suite I**<br>**Wheaton, IL 60187** | | **2/7/18** | **$5,335.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Graphic III Papers, Inc.**                                    Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Graphic III Papers, Inc.** | | Case number *(if known)* |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

| Debtor | **Graphic III Papers, Inc.** | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Sikich** **1415 West Diehl Rd.** **Suite 400** **Naperville, IL 60563** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank R Bobek | 4 Cambridge Drive Oak Brook, IL 60523 | Chairman | 97% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank R. Bobek, Jr. | 845 Van Slyke Drive Fontana, WI 53125 | President | 3.5% |

Debtor    **Graphic III Papers, Inc.**
Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Sheryl Lemm** | **39 Hawkins Circle Wheaton, IL 60187** | **Vice President** | **3.5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Frank R. Bobek, Jr.** | **$77,000 Salary** | **1/1/17-12/31/17** | |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Greg Lemm** | **$50,000 Salary** | **1/1/17-12/31/17** | |
| | **Relationship to debtor**<br>**Employee** | | | |
| 30.3. | **Sheryl Lemm** | **$30,000 Salary** | **1/1/17-12/31/17** | |
| | **Relationship to debtor**<br>**Vice President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor      **Graphic III Papers, Inc.**

Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2018**

**/s/ Frank R. Bobek, Jr.**                          **Frank R. Bobek, Jr.**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

## Graphic III Papers Inc

2/3/2018 2:04 PM

Register: 103 · Bank of America

From 11/01/2017 through 02/03/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/01/2017 | | | 301 · Sales | Deposit | | | 4,615.49 | -36,386.12 |
| 11/01/2017 | | | 301 · Sales | Deposit | | | 119.44 | -36,266.68 |
| 11/01/2017 | | | 301 · Sales | Deposit | | | 980.21 | -35,286.47 |
| 11/02/2017 | | | 301 · Sales | Deposit | | | 500.00 | -34,786.47 |
| 11/02/2017 | | | 301 · Sales | Deposit | | | 116.90 | -34,669.57 |
| 11/02/2017 | EFT | sales tax | 205 · Accounts Payable | | 2,820.00 | | | -37,489.57 |
| 11/03/2017 | | | 301 · Sales | Deposit | | | 4,181.70 | -33,307.87 |
| 11/04/2017 | EFT | CHASE | 205 · Accounts Payable | | 500.00 | | | -33,807.87 |
| 11/06/2017 | | | 301 · Sales | Deposit | | | 849.18 | -32,958.69 |
| 11/06/2017 | | | 301 · Sales | Deposit | | | 728.95 | -32,229.74 |
| 11/07/2017 | | | 301 · Sales | Deposit | | | 525.84 | -31,703.90 |
| 11/07/2017 | EFT | CHASE | 205 · Accounts Payable | | 350.00 | | | -32,053.90 |
| 11/08/2017 | | | 301 · Sales | Deposit | | | 602.05 | -31,451.85 |
| 11/08/2017 | eft | sales tax | 205 · Accounts Payable | | 537.50 | | | -31,989.35 |
| 11/08/2017 | EFT | sales tax | 205 · Accounts Payable | | 2,820.00 | | | -34,809.35 |
| 11/09/2017 | | | 301 · Sales | Deposit | | | 1,979.89 | -32,829.46 |
| 11/09/2017 | | | 301 · Sales | Deposit | | | 523.47 | -32,305.99 |
| 11/09/2017 | | | 301 · Sales | Deposit | | | 277.91 | -32,028.08 |
| 11/09/2017 | | | 301 · Sales | Deposit | | | 430.63 | -31,597.45 |
| 11/09/2017 | EFT | CHASE | 205 · Accounts Payable | | 300.00 | | | -31,897.45 |
| 11/10/2017 | | | 301 · Sales | Deposit | | | 150.00 | -31,747.45 |
| 11/10/2017 | | | 301 · Sales | Deposit | | | 905.26 | -30,842.19 |
| 11/10/2017 | | | 301 · Sales | Deposit | | | 903.87 | -29,938.32 |
| 11/10/2017 | eft | CHASE | 205 · Accounts Payable | | 300.00 | | | -30,238.32 |
| 11/10/2017 | eft | CHASE | 205 · Accounts Payable | | 400.00 | | | -30,638.32 |
| 11/11/2017 | eft | DE LAGE LANDEN | 205 · Accounts Payable | | 1,375.49 | | | -32,013.81 |
| 11/13/2017 | | | 301 · Sales | Deposit | | | 1,259.61 | -30,754.20 |
| 11/13/2017 | | | 301 · Sales | Deposit | | | 553.93 | -30,200.27 |
| 11/13/2017 | eft | CHASE | 205 · Accounts Payable | | 1,450.00 | | | -31,650.27 |
| 11/13/2017 | 80862 | AT&T 630 620 7660... | 205 · Accounts Payable | | 303.33 | | | -31,953.60 |
| 11/13/2017 | 80863 | ALLY 611923910149 | 205 · Accounts Payable | | 49.84 | | | -32,003.44 |
| 11/13/2017 | 80864 | VILLAGE OF LOM... | 205 · Accounts Payable | | 34.21 | | | -32,037.65 |
| 11/14/2017 | | | 301 · Sales | Deposit | | | 857.14 | -31,180.51 |
| 11/14/2017 | eft | CHASE | 205 · Accounts Payable | | 350.00 | | | -31,530.51 |
| 11/15/2017 | | | 301 · Sales | Deposit | | | 222.89 | -31,307.62 |
| 11/15/2017 | eft | sales tax | 205 · Accounts Payable | | 2,820.00 | | | -34,127.62 |
| 11/15/2017 | eft | CHASE | 205 · Accounts Payable | | 1,130.00 | | | -35,257.62 |
| 11/15/2017 | EFT | bank charge | 205 · Accounts Payable | | 1,251.22 | | | -36,508.84 |
| 11/15/2017 | EFT | bank charge | 205 · Accounts Payable | | 399.70 | | | -36,908.54 |
| 11/16/2017 | | | 301 · Sales | Deposit | | | 419.86 | -36,488.68 |

Graphic III Papers Inc

2/3/2018 2:04 PM

Register: 103 · Bank of America

From 11/01/2017 through 02/03/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/17/2017 | | | 301 · Sales | Deposit | | | 720.50 | -35,768.18 |
| 11/17/2017 | | | 301 · Sales | Deposit | | | 585.60 | -35,182.58 |
| 11/20/2017 | | | 301 · Sales | Deposit | | | 120.00 | -35,062.58 |
| 11/20/2017 | | | 301 · Sales | Deposit | | | 533.10 | -34,529.48 |
| 11/20/2017 | | | 301 · Sales | Deposit | | | 1,353.22 | -33,176.26 |
| 11/21/2017 | | | 301 · Sales | Deposit | | | 229.14 | -32,947.12 |
| 11/21/2017 | | | 301 · Sales | Deposit | | | 122.87 | -32,824.25 |
| 11/21/2017 | | | 301 · Sales | Deposit | | | 2,159.52 | -30,664.73 |
| 11/22/2017 | | | 301 · Sales | Deposit | | | 175.00 | -30,489.73 |
| 11/22/2017 | | | 301 · Sales | Deposit | | | 1,355.39 | -29,134.34 |
| 11/24/2017 | | | 301 · Sales | Deposit | | | 1,155.56 | -27,978.78 |
| 11/27/2017 | | | 301 · Sales | Deposit | | | 648.60 | -27,330.18 |
| 11/28/2017 | | | 301 · Sales | Deposit | | | 999.54 | -26,330.64 |
| 11/29/2017 | | | 301 · Sales | Deposit | | | 1,117.38 | -25,213.26 |
| 11/29/2017 | | | 301 · Sales | Deposit | | | 658.69 | -24,554.57 |
| 11/29/2017 | eft | sales tax | 205 · Accounts Payable | | 2,820.00 | | | -27,374.57 |
| 11/30/2017 | | | 301 · Sales | Deposit | | | 720.51 | -26,654.06 |
| 11/30/2017 | | | 301 · Sales | Deposit | | | 125.43 | -26,528.63 |
| 11/30/2017 | | | 301 · Sales | Deposit | | | 1,029.34 | -25,499.29 |
| 12/01/2017 | | | 301 · Sales | Deposit | | | 1,352.54 | -24,146.75 |
| 12/02/2017 | EFT | CREDIT CARD FEES | 205 · Accounts Payable | | 1,432.44 | | | -25,579.19 |
| 12/04/2017 | | | 301 · Sales | Deposit | | | 236.55 | -25,342.64 |
| 12/04/2017 | | | 301 · Sales | Deposit | | | 152.91 | -25,189.73 |
| 12/04/2017 | | | 301 · Sales | Deposit | | | 409.25 | -24,780.48 |
| 12/05/2017 | | | 301 · Sales | Deposit | | | 276.26 | -24,504.22 |
| 12/05/2017 | | | 301 · Sales | Deposit | | | 573.79 | -23,930.43 |
| 12/05/2017 | 80868 | BLUECROSS BLUE… | 205 · Accounts Payable | | 2,646.88 | | | -26,577.31 |
| 12/06/2017 | | | 301 · Sales | Deposit | | | 903.38 | -25,673.93 |
| 12/06/2017 | 80869 | G5 | 205 · Accounts Payable | | 2,279.78 | | | -27,953.71 |
| 12/07/2017 | | | 301 · Sales | Deposit | | | 664.22 | -27,289.49 |
| 12/07/2017 | | | 301 · Sales | Deposit | | | 194.68 | -27,094.81 |
| 12/07/2017 | 80870 | Lindenmeyr | 205 · Accounts Payable | | 1,157.15 | | | -28,251.96 |
| 12/08/2017 | | | 301 · Sales | Deposit | | | 456.89 | -27,795.07 |
| 12/08/2017 | | | 301 · Sales | Deposit | | | 389.23 | -27,405.84 |
| 12/08/2017 | | | 301 · Sales | Deposit | | | 1,519.82 | -25,886.02 |
| 12/11/2017 | | | 301 · Sales | Deposit | | | 190.89 | -25,695.13 |
| 12/11/2017 | | | 301 · Sales | Deposit | | | 1,608.02 | -24,087.11 |
| 12/11/2017 | 80871 | Lindenmeyr | 205 · Accounts Payable | | 1,167.77 | | | -25,254.88 |
| 12/12/2017 | | | 301 · Sales | Deposit | | | 762.31 | -24,492.57 |
| 12/12/2017 | eft | sales tax | 205 · Accounts Payable | | 100.00 | | | -24,592.57 |

Graphic III Papers Inc

2/3/2018 2:04 PM

Register: 103 · Bank of America

From 11/01/2017 through 02/03/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/13/2017 | | | 301 · Sales | Deposit | | | 3,418.84 | -21,173.73 |
| 12/13/2017 | | | 301 · Sales | Deposit | | | 400.00 | -20,773.73 |
| 12/13/2017 | 80872 | CHICAGO ENVEL... | 205 · Accounts Payable | | 970.89 | | | -21,744.62 |
| 12/14/2017 | | | 301 · Sales | Deposit | | | 762.98 | -20,981.64 |
| 12/14/2017 | | | 301 · Sales | Deposit | | | 2,041.91 | -18,939.73 |
| 12/14/2017 | | | 301 · Sales | Deposit | | | 402.48 | -18,537.25 |
| 12/15/2017 | | | 301 · Sales | Deposit | | | 709.47 | -17,827.78 |
| 12/15/2017 | | | 301 · Sales | Deposit | | | 3,250.08 | -14,577.70 |
| 12/15/2017 | eft | DE LAGE LANDEN | 205 · Accounts Payable | | 1,375.49 | | | -15,953.19 |
| 12/15/2017 | EFT | bank charge | 205 · Accounts Payable | | 583.25 | | | -16,536.44 |
| 12/18/2017 | | | 301 · Sales | Deposit | | | 2,455.84 | -14,080.60 |
| 12/18/2017 | EFT | DE LAGE LANDEN | 205 · Accounts Payable | | 25.00 | | | -14,105.60 |
| 12/18/2017 | 80877 | Midland | 205 · Accounts Payable | | 1,975.00 | | | -16,080.60 |
| 12/18/2017 | 80878 | Lindenmeyr | 205 · Accounts Payable | | 1,401.58 | | | -17,482.18 |
| 12/19/2017 | | | 301 · Sales | Deposit | | | 1,828.87 | -15,653.31 |
| 12/19/2017 | | | 301 · Sales | Deposit | | | 3,159.12 | -12,494.19 |
| 12/19/2017 | 80879 | CMB PRINTING | 205 · Accounts Payable | | 332.00 | | | -12,826.19 |
| 12/19/2017 | 80880 | comcast 8771 20 103... | 205 · Accounts Payable | | 371.17 | | | -13,197.36 |
| 12/19/2017 | 80881 | Lindenmeyr | 205 · Accounts Payable | | 2,141.77 | | | -15,339.13 |
| 12/19/2017 | 80882 | Neenah | 205 · Accounts Payable | | 31.43 | | | -15,370.56 |
| 12/20/2017 | | | 301 · Sales | Deposit | | | 212.68 | -15,157.88 |
| 12/20/2017 | 80883 | Lindenmeyr | 205 · Accounts Payable | | 1,787.38 | | | -16,945.26 |
| 12/20/2017 | 80884 | Liberty Mutual 7019... | 205 · Accounts Payable | | 2,351.45 | | | -19,296.71 |
| 12/21/2017 | | | 301 · Sales | Deposit | | | 295.58 | -19,001.13 |
| 12/21/2017 | 80888 | Lindenmeyr | 205 · Accounts Payable | | 1,545.00 | | | -20,546.13 |
| 12/21/2017 | 80889 | UPS | 205 · Accounts Payable | | 270.45 | | | -20,816.58 |
| 12/21/2017 | 80890 | Neenah | 205 · Accounts Payable | | 757.62 | | | -21,574.20 |
| 12/21/2017 | 80900 | G5 | 205 · Accounts Payable | | 1,843.80 | | | -23,418.00 |
| 12/22/2017 | | | 301 · Sales | Deposit | | | 26.91 | -23,391.09 |
| 12/22/2017 | | | 301 · Sales | Deposit | | | 604.19 | -22,786.90 |
| 12/22/2017 | 80902 | Lindenmeyr | 205 · Accounts Payable | | 2,732.37 | | | -25,519.27 |
| 12/22/2017 | 80903 | Lindenmeyr | 205 · Accounts Payable | | 1,338.01 | | | -26,857.28 |
| 12/22/2017 | 80904 | Liberty Mutual 7019... | 205 · Accounts Payable | | 2,351.45 | | | -29,208.73 |
| 12/22/2017 | 80905 | DISCOVER | 205 · Accounts Payable | | 225.00 | | | -29,433.73 |
| 12/22/2017 | 80906 | Waste Management | 205 · Accounts Payable | | 207.14 | | | -29,640.87 |
| 12/26/2017 | | | 301 · Sales | Deposit | | | 4,052.23 | -25,588.64 |
| 12/26/2017 | 80907 | Lindenmeyr | 205 · Accounts Payable | | 3,168.46 | | | -28,757.10 |
| 12/26/2017 | 80908 | MERCEDES 10226... | 205 · Accounts Payable | | 657.85 | | | -29,414.95 |
| 12/26/2017 | 80909 | CHICAGO ENVEL... | 205 · Accounts Payable | | 338.75 | | | -29,753.70 |
| 12/27/2017 | | | 301 · Sales | Deposit | | | 481.48 | -29,272.22 |

## Graphic III Papers Inc

2/3/2018 2:04 PM

Register: 103 · Bank of America

From 11/01/2017 through 02/03/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/27/2017 | | | 301 · Sales | Deposit | | | 3,637.11 | -25,635.11 |
| 12/27/2017 | | | 301 · Sales | Deposit | | | 2,389.50 | -23,245.61 |
| 12/27/2017 | | | 301 · Sales | Deposit | | | 2,052.76 | -21,192.85 |
| 12/27/2017 | 80910 | Lindenmeyr | 205 · Accounts Payable | | 3,196.93 | | | -24,389.78 |
| 12/27/2017 | 80911 | CHICAGO ENVEL... | 205 · Accounts Payable | | 157.50 | | | -24,547.28 |
| 12/27/2017 | 80912 | Glatfelter | 205 · Accounts Payable | 501200 | 2,582.37 | | | -27,129.65 |
| 12/27/2017 | 80913 | UPS | 205 · Accounts Payable | | 245.75 | | | -27,375.40 |
| 12/27/2017 | 80914 | Liberty Mutual 7019... | 205 · Accounts Payable | | 374.93 | | | -27,750.33 |
| 12/27/2017 | 80915 | Van Son | 205 · Accounts Payable | | 385.70 | | | -28,136.03 |
| 12/28/2017 | | | 301 · Sales | Deposit | | | 2,170.11 | -25,965.92 |
| 12/28/2017 | | | 301 · Sales | Deposit | | | 985.24 | -24,980.68 |
| 12/28/2017 | | | 301 · Sales | Deposit | | | 5,030.40 | -19,950.28 |
| 12/28/2017 | 80916 | Lindenmeyr | 205 · Accounts Payable | | 2,319.63 | | | -22,269.91 |
| 12/28/2017 | 80917 | Liberty Mutual 7019... | 205 · Accounts Payable | | 1,976.52 | | | -24,246.43 |
| 12/28/2017 | 80918 | Neenah | 205 · Accounts Payable | VOID: | | X | | -24,246.43 |
| 12/28/2017 | 80919 | Neenah | 205 · Accounts Payable | VOID: | | X | | -24,246.43 |
| 12/28/2017 | 80920 | Neenah | 205 · Accounts Payable | VOID: | | X | | -24,246.43 |
| 12/28/2017 | 80921 | Neenah | 205 · Accounts Payable | VOID: | | X | | -24,246.43 |
| 12/28/2017 | 80922 | Neenah | 205 · Accounts Payable | VOID: | | X | | -24,246.43 |
| 12/28/2017 | 80923 | Neenah | 205 · Accounts Payable | VOID: | | X | | -24,246.43 |
| 12/28/2017 | 80926 | G5 | 205 · Accounts Payable | | 2,689.92 | | | -26,936.35 |
| 12/29/2017 | | | 301 · Sales | Deposit | | | 887.31 | -26,049.04 |
| 12/29/2017 | | | 301 · Sales | Deposit | | | 3,083.42 | -22,965.62 |
| 12/29/2017 | | | 301 · Sales | Deposit | | | 3,538.21 | -19,427.41 |
| 12/29/2017 | 80927 | Lindenmeyr | 205 · Accounts Payable | | 1,294.42 | | | -20,721.83 |
| 01/02/2018 | | | 301 · Sales | Deposit | | | 483.53 | -20,238.30 |
| 01/02/2018 | | | 301 · Sales | Deposit | | | 384.46 | -19,853.84 |
| 01/02/2018 | EFT | at&t 232024292260 | 205 · Accounts Payable | | 220.98 | | | -20,074.82 |
| 01/02/2018 | EFT | CREDIT CARD FEES | 205 · Accounts Payable | | 63.77 | | | -20,138.59 |
| 01/02/2018 | 80928 | Lindenmeyr | 205 · Accounts Payable | | 1,571.90 | | | -21,710.49 |
| 01/02/2018 | 80929 | UPS | 205 · Accounts Payable | | 111.80 | | | -21,822.29 |
| 01/02/2018 | 80930 | comcast 8771 20 103... | 205 · Accounts Payable | | 379.89 | | | -22,202.18 |
| 01/02/2018 | 80931 | CMB PRINTING | 205 · Accounts Payable | | 254.00 | | | -22,456.18 |
| 01/02/2018 | 80932 | Garvey's Office Prod... | 205 · Accounts Payable | | 334.34 | | | -22,790.52 |
| 01/03/2018 | | | 301 · Sales | Deposit | | | 9,813.28 | -12,977.24 |
| 01/03/2018 | | | 301 · Sales | Deposit | | | 75.00 | -12,902.24 |
| 01/03/2018 | eft | Leader | 205 · Accounts Payable | | 203.38 | | | -13,105.62 |
| 01/03/2018 | 80934 | Lindenmeyr | 205 · Accounts Payable | | 1,918.99 | | | -15,024.61 |
| 01/04/2018 | | | 301 · Sales | Deposit | | | 10,410.09 | -4,614.52 |
| 01/04/2018 | | | 301 · Sales | Deposit | | | 657.74 | -3,956.78 |

Graphic III Papers Inc

2/3/2018 2:04 PM

Register: 103 · Bank of America

From 11/01/2017 through 02/03/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/04/2018 | eft | PAYROLL | 205 · Accounts Payable | | 5,272.79 | | | -9,229.57 |
| 01/04/2018 | 80935 | Lindenmeyr | 205 · Accounts Payable | | 2,913.46 | | | -12,143.03 |
| 01/05/2018 | | | 301 · Sales | Deposit | | | 25.00 | -12,118.03 |
| 01/05/2018 | | | 301 · Sales | Deposit | | | 6,424.09 | -5,693.94 |
| 01/05/2018 | EFT | Nicor | 205 · Accounts Payable | 59-36-52-2950... | 1,000.30 | | | -6,694.24 |
| 01/05/2018 | 80936 | Lindenmeyr | 205 · Accounts Payable | | 3,226.06 | | | -9,920.30 |
| 01/05/2018 | 80937 | KONICA MINOLTA... | 205 · Accounts Payable | | 1,663.94 | | | -11,584.24 |
| 01/05/2018 | 80938 | CHICAGO ENVEL... | 205 · Accounts Payable | | 2,697.73 | | | -14,281.97 |
| 01/08/2018 | | | 301 · Sales | Deposit | | | 288.25 | -13,993.72 |
| 01/08/2018 | | | 301 · Sales | Deposit | | | 5,701.89 | -8,291.83 |
| 01/08/2018 | 80939 | Lindenmeyr | 205 · Accounts Payable | | 2,060.12 | | | -10,351.95 |
| 01/08/2018 | 80940 | Glatfelter | 205 · Accounts Payable | 501200 | 2,668.30 | | | -13,020.25 |
| 01/08/2018 | 80941 | G5 | 205 · Accounts Payable | | 3,254.27 | | | -16,274.52 |
| 01/08/2018 | 80942 | G5 | 205 · Accounts Payable | | 2,624.39 | | | -18,898.91 |
| 01/09/2018 | | | 301 · Sales | Deposit | | | 7,748.90 | -11,150.01 |
| 01/09/2018 | | | 301 · Sales | Deposit | | | 10,580.72 | -569.29 |
| 01/09/2018 | | | 301 · Sales | Deposit | | | 3,600.00 | 3,030.71 |
| 01/09/2018 | eft | PAYROLL | 205 · Accounts Payable | | 4,981.83 | | | -1,951.12 |
| 01/09/2018 | 80943 | Lindenmeyr | 205 · Accounts Payable | | 1,412.34 | | | -3,363.46 |
| 01/09/2018 | 80944 | Lindenmeyr | 205 · Accounts Payable | | 956.18 | | | -4,319.64 |
| 01/10/2018 | | | 301 · Sales | Deposit | | | 3,633.65 | -685.99 |
| 01/10/2018 | 80945 | Lindenmeyr | 205 · Accounts Payable | | 2,611.93 | | | -3,297.92 |
| 01/10/2018 | 80946 | Van Son | 205 · Accounts Payable | | 313.91 | | | -3,611.83 |
| 01/10/2018 | 80947 | VILLAGE OF LOM... | 205 · Accounts Payable | | 34.21 | | | -3,646.04 |
| 01/10/2018 | 80948 | AT&T 630 620 7660... | 205 · Accounts Payable | | 320.24 | | | -3,966.28 |
| 01/11/2018 | | | 301 · Sales | Deposit | | | 2,627.58 | -1,338.70 |
| 01/11/2018 | | | 301 · Sales | Deposit | | | 3,007.13 | 1,668.43 |
| 01/11/2018 | | | 301 · Sales | Deposit | | | 500.00 | 2,168.43 |
| 01/11/2018 | eft | PAYROLL | 205 · Accounts Payable | | 5,015.87 | | | -2,847.44 |
| 01/11/2018 | 80949 | Lindenmeyr | 205 · Accounts Payable | | 2,930.08 | | | -5,777.52 |
| 01/12/2018 | | | 301 · Sales | Deposit | | | 6,623.08 | 845.56 |
| 01/12/2018 | | | 301 · Sales | Deposit | | | 1,450.27 | 2,295.83 |
| 01/12/2018 | | | 301 · Sales | Deposit | | | 401.79 | 2,697.62 |
| 01/12/2018 | | | 301 · Sales | Deposit | | | 555.74 | 3,253.36 |
| 01/12/2018 | eft | PAYROLL | 205 · Accounts Payable | | 5,077.72 | | | -1,824.36 |
| 01/12/2018 | 80950 | Lindenmeyr | 205 · Accounts Payable | | 2,554.15 | | | -4,378.51 |
| 01/13/2018 | eft | CHASE | 205 · Accounts Payable | | 230.00 | | | -4,608.51 |
| 01/15/2018 | | | 301 · Sales | Deposit | | | 4,234.14 | -374.37 |
| 01/15/2018 | eft | DE LAGE LANDEN | 205 · Accounts Payable | | 1,375.49 | | | -1,749.86 |
| 01/15/2018 | 80951 | Lindenmeyr | 205 · Accounts Payable | | 2,551.50 | | | -4,301.36 |

Graphic III Papers Inc

2/3/2018 2:04 PM

Register: 103   Bank of America

From 11/01/2017 through 02/03/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/15/2018 | 80952 | United | 205 · Accounts Payable | | 332.81 | | | -4,634.17 |
| 01/16/2018 | | | 301 · Sales | Deposit | | | 170.10 | -4,464.07 |
| 01/16/2018 | | | 301 · Sales | Deposit | | | 6,442.50 | 1,978.43 |
| 01/16/2018 | eft | ALLY 611923910149 | 205 · Accounts Payable | | 511.04 | | | 1,467.39 |
| 01/16/2018 | 80953 | Lindenmeyr | 205 · Accounts Payable | | 1,884.46 | | | -417.07 |
| 01/16/2018 | 80954 | Lindenmeyr | 205 · Accounts Payable | | 2,523.97 | | | -2,941.04 |
| 01/17/2018 | | | 301 · Sales | Deposit | | | 3,830.91 | 889.87 |
| 01/17/2018 | | | 301 · Sales | Deposit | | | 182.20 | 1,072.07 |
| 01/17/2018 | 80955 | Lindenmeyr | 205 · Accounts Payable | | 2,382.10 | | | -1,310.03 |
| 01/18/2018 | | | 301 · Sales | Deposit | | | 1,824.45 | 514.42 |
| 01/18/2018 | EFT | FORD CREDIT 519... | 205 · Accounts Payable | | 598.20 | | | -83.78 |
| 01/18/2018 | 80956 | Palmer | 205 · Accounts Payable | | 431.14 | | | -514.92 |
| 01/18/2018 | 80957 | Lindenmeyr | 205 · Accounts Payable | | 2,318.78 | | | -2,833.70 |
| 01/18/2018 | 80958 | Glatfelter | 205 · Accounts Payable | 501200 | 1,844.24 | | | -4,677.94 |
| 01/18/2018 | 80959 | G5 | 205 · Accounts Payable | | 4,972.03 | | | -9,649.97 |
| 01/18/2018 | 80960 | UPS | 205 · Accounts Payable | | 348.51 | | | -9,998.48 |
| 01/19/2018 | | | 301 · Sales | Deposit | | | 2,300.00 | -7,698.48 |
| 01/19/2018 | | | 301 · Sales | Deposit | | | 1,489.30 | -6,209.18 |
| 01/19/2018 | | | 301 · Sales | Deposit | | | 11,576.63 | 5,367.45 |
| 01/19/2018 | eft | PAYROLL | 205 · Accounts Payable | | 4,852.59 | | | 514.86 |
| 01/19/2018 | 80961 | United | 205 · Accounts Payable | | 312.56 | | | 202.30 |
| 01/19/2018 | 80962 | UPS | 205 · Accounts Payable | | 300.77 | | | -98.47 |
| 01/19/2018 | 80963 | Lindenmeyr | 205 · Accounts Payable | | 2,919.24 | | | -3,017.71 |
| 01/22/2018 | | | 301 · Sales | Deposit | | | 4,829.93 | 1,812.22 |
| 01/22/2018 | 80964 | Lindenmeyr | 205 · Accounts Payable | | 2,291.97 | | | -479.75 |
| 01/23/2018 | | | 301 · Sales | Deposit | | | 1,624.59 | 1,144.84 |
| 01/23/2018 | | | 301 · Sales | Deposit | | | 413.51 | 1,558.35 |
| 01/23/2018 | | | 301 · Sales | Deposit | | | 2,650.00 | 4,208.35 |
| 01/23/2018 | eft | PAYROLL | 205 · Accounts Payable | | 4,731.11 | | | -522.76 |
| 01/23/2018 | 80965 | Lindenmeyr | 205 · Accounts Payable | | 1,796.99 | | | -2,319.75 |
| 01/23/2018 | 80966 | Lindenmeyr | 205 · Accounts Payable | | 2,271.62 | | | -4,591.37 |
| 01/24/2018 | | | 301 · Sales | Deposit | | | 1,605.77 | -2,985.60 |
| 01/24/2018 | 80967 | Lindenmeyr | 205 · Accounts Payable | | 3,346.05 | | | -6,331.65 |
| 01/24/2018 | 80968 | UPS | 205 · Accounts Payable | | 126.62 | | | -6,458.27 |
| 01/24/2018 | 80969 | Van Son | 205 · Accounts Payable | | 251.65 | | | -6,709.92 |
| 01/24/2018 | 80970 | Lehman | 205 · Accounts Payable | | 213.98 | | | -6,923.90 |
| 01/25/2018 | | | 301 · Sales | Deposit | | | 500.00 | -6,423.90 |
| 01/25/2018 | | | 301 · Sales | Deposit | | | 820.40 | -5,603.50 |
| 01/25/2018 | | | 301 · Sales | Deposit | | | 862.66 | -4,740.84 |

## Graphic III Papers Inc

2/3/2018 2:04 PM

Register: 103 · Bank of America

From 11/01/2017 through 02/03/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/25/2018 | 80971 | Sikich | 205 · Accounts Payable | | 296.00 | | | -1,884.43 |
| 01/25/2018 | 80972 | Lindenmeyr | 205 · Accounts Payable | | 1,259.80 | | | -3,144.23 |
| 01/25/2018 | 80973 | Lindenmeyr | 205 · Accounts Payable | | 2,192.57 | | | -5,336.80 |
| 01/25/2018 | 80974 | TOMPKINS PRINTI... | 205 · Accounts Payable | | 51.07 | | | -5,387.87 |
| 01/26/2018 | 80975 | Lindenmeyr | 205 · Accounts Payable | | 2,253.06 | | | -7,640.93 |
| 01/26/2018 | 80976 | Palmer | 205 · Accounts Payable | | 384.49 | | | -8,025.42 |
| 01/26/2018 | 80977 | Garvey's Office Prod... | 205 · Accounts Payable | | 204.19 | | | -8,229.61 |
| 01/28/2018 | | | 301 · Sales | Deposit | | | 171.75 | -8,057.86 |
| 01/28/2018 | | | 301 · Sales | Deposit | | | 1,300.00 | -6,757.86 |
| 01/29/2018 | | | 301 · Sales | Deposit | | | 2,255.67 | -4,502.19 |
| 01/29/2018 | | | 301 · Sales | Deposit | | | 800.00 | -3,702.19 |
| 01/29/2018 | | | 301 · Sales | Deposit | | | 3,909.00 | 206.81 |
| 01/29/2018 | 80978 | Lindenmeyr | 205 · Accounts Payable | | 3,204.13 | | | -2,997.32 |
| 01/29/2018 | 80979 | Glatfelter | 205 · Accounts Payable | 501200 | 2,913.01 | | | -5,910.33 |
| 01/30/2018 | 80980 | Lindenmeyr | 205 · Accounts Payable | | 2,591.74 | | | -8,502.07 |
| 01/30/2018 | To Print | at&t 232024292260 | 205 · Accounts Payable | | 221.12 | | | -8,723.19 |
| 01/31/2018 | 80981 | Lindenmeyr | 205 · Accounts Payable | | 2,941.28 | | | -11,664.47 |
| 02/01/2018 | 80982 | Lindenmeyr | 205 · Accounts Payable | | 1,515.01 | | | -13,179.48 |
| 02/01/2018 | 80983 | Lindenmeyr | 205 · Accounts Payable | | 2,559.60 | | | -15,739.08 |
| 02/01/2018 | 80984 | AutoMotivation | 205 · Accounts Payable | | 1,288.31 | | | -17,027.39 |
| 02/01/2018 | 80985 | TOMPKINS PRINTI... | 205 · Accounts Payable | | 600.34 | | | -17,627.73 |
| 02/01/2018 | 80986 | UPS | 205 · Accounts Payable | | 320.45 | | | -17,948.18 |
| 02/02/2018 | 80988 | Lindenmeyr | 205 · Accounts Payable | | 2,434.09 | | | -20,382.27 |

## Graphic III Papers Inc

2/12/2018 5:12 PM

Register: 103 · Bank of America

From 02/02/2018 through 02/12/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/02/2018 | | | 301 · Sales | Deposit | | | 5,878.66 | 7,136.65 |
| 02/02/2018 | | | 301 · Sales | Deposit | | | 1,669.90 | 8,806.55 |
| 02/02/2018 | 80988 | Lindenmeyr | 205 · Accounts Payable | | 2,434.09 | | | 6,372.46 |
| 02/05/2018 | | | 301 · Sales | Deposit | | | 5,511.52 | 11,883.98 |
| 02/05/2018 | | | 301 · Sales | Deposit | | | 3,049.24 | 14,933.22 |
| 02/05/2018 | eft | ComED 6652211040 | 205 · Accounts Payable | | 438.34 | | | 14,494.88 |
| 02/05/2018 | 80990 | Lindenmeyr | 205 · Accounts Payable | | 1,634.93 | | | 12,859.95 |
| 02/06/2018 | eft | PAYROLL | 205 · Accounts Payable | | 4,940.48 | | | 7,919.47 |
| 02/06/2018 | 80991 | Lindenmeyr | 205 · Accounts Payable | | 2,968.23 | | | 4,951.24 |
| 02/07/2018 | | | 301 · Sales | Deposit | | | 2,975.00 | 7,926.24 |
| 02/07/2018 | | | 301 · Sales | Deposit | | | 209.76 | 8,136.00 |
| 02/07/2018 | | | 301 · Sales | Deposit | | | 1,440.00 | 9,576.00 |
| 02/07/2018 | 80992 | Lindenmeyr | 205 · Accounts Payable | | 2,490.39 | | | 7,085.61 |
| 02/08/2018 | | | 301 · Sales | Deposit | | | 2,005.01 | 9,090.62 |
| 02/08/2018 | | | 301 · Sales | Deposit | | | 3,417.97 | 12,508.59 |
| 02/08/2018 | 80993 | CHICAGO ENVEL... | 205 · Accounts Payable | | 355.21 | | | 12,153.38 |
| 02/08/2018 | 80994 | Lindenmeyr | 205 · Accounts Payable | | 2,639.12 | | | 9,514.26 |
| 02/09/2018 | | | 301 · Sales | Deposit | | | 550.00 | 10,064.26 |
| 02/09/2018 | 80996 | Lindenmeyr | 205 · Accounts Payable | | 1,138.97 | | | 8,925.29 |
| 02/12/2018 | 80997 | Lindenmeyr | 205 · Accounts Payable | | 2,318.00 | | | 6,607.29 |
| 02/12/2018 | 80998 | Palmer | 205 · Accounts Payable | | 285.26 | | | 6,322.03 |

Graphic III Papers Inc                                    2/12/2018 5:16 PM

Register: 104 · First Midwest Bank

From 02/02/2018 through 02/12/2018

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 02/02/2018 | | | 301 · Sales | Deposit | | | 379.21 | 51,996.24 |
| 02/02/2018 | | | 301 · Sales | Deposit | | | 10,840.55 | 62,836.79 |
| 02/02/2018 | 5590 | G5 | 205 · Accounts Payable | | 2,811.50 | | | 60,025.29 |
| 02/02/2018 | 5590 | GRAPHIC III PAPE... | 402 · Materials | | 4,900.00 | | | 55,125.29 |
| 02/03/2018 | eft | PAYROLL | 205 · Accounts Payable | | 5,318.89 | | | 49,806.40 |
| 02/03/2018 | EFT | CREDIT CARD FEES | 205 · Accounts Payable | | 1,726.15 | | | 48,080.25 |
| 02/05/2018 | | | 301 · Sales | Deposit | | | 490.88 | 48,571.13 |
| 02/05/2018 | | | 301 · Sales | Deposit | | | 307.48 | 48,878.61 |
| 02/05/2018 | 5591 | GRAPHIC III PAPE... | 402 · Materials | | 4,100.00 | | | 44,778.61 |
| 02/05/2018 | 5592 | G5 | 205 · Accounts Payable | | 1,112.14 | | | 43,666.47 |
| 02/05/2018 | 5593 | Springer Brown, LLC | 205 · Accounts Payable | | 2,584.00 | | | 41,082.47 |
| 02/06/2018 | | | 301 · Sales | Deposit | | | 386.75 | 41,469.22 |
| 02/06/2018 | | | 301 · Sales | Deposit | | | 8,333.05 | 49,802.27 |
| 02/06/2018 | 5594 | GRAPHIC III PAPE... | -split- | | 1,000.00 | | | 48,802.27 |
| 02/06/2018 | 5595 | G5 | 205 · Accounts Payable | | 4,375.41 | | | 44,426.86 |
| 02/06/2018 | 5596 | JimBrown | 402 · Materials | | 648.41 | | | 43,778.45 |
| 02/07/2018 | | | 301 · Sales | Deposit | | | 920.51 | 44,698.96 |
| 02/08/2018 | | | 301 · Sales | Deposit | | | 5,187.66 | 49,886.62 |
| 02/08/2018 | | | 301 · Sales | Deposit | | | 239.10 | 50,125.72 |
| 02/08/2018 | 5597 | GRAPHIC III PAPE... | 402 · Materials | | 2,975.00 | | | 47,150.72 |
| 02/08/2018 | 5606 | G5 | 205 · Accounts Payable | | 1,095.11 | | | 46,055.61 |
| 02/09/2018 | | | 301 · Sales | Deposit | | | 1,868.63 | 47,924.24 |
| 02/09/2018 | | | 301 · Sales | Deposit | | | 344.66 | 48,268.90 |
| 02/09/2018 | 5599 | GRAPHIC III PAPE... | 402 · Materials | | 2,000.00 | | | 46,268.90 |
| 02/09/2018 | 5600 | CMB PRINTING | 205 · Accounts Payable | | 218.00 | | | 46,050.90 |
| 02/09/2018 | 5604 | GRAPHIC III PAPE... | 402 · Materials | | 550.00 | | | 45,500.90 |
| 02/09/2018 | 5607 | G5 | 205 · Accounts Payable | | 1,679.93 | | | 43,820.97 |
| 02/10/2018 | 5605 | GRAPHIC III PAPE... | 402 · Materials | | 4,000.00 | | | 39,820.97 |

Page 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Graphic III Papers, Inc.** _____   Case No. _____
                                                    Debtor(s)          Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____**5,000.00**

    Prior to the filing of this statement I have received _____   $ _____**5,000.00**

    Balance Due _____   $ _____**0.00**

2.  $  **335.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 13, 2018** _____                    /s/ Joshua D. Greene
_Date_                                                      **Joshua D. Greene**
                                                           _Signature of Attorney_
                                                           **Springer Brown, LLC**
                                                           **300 S. County Farm Road**
                                                           **Suite I**
                                                           **Wheaton, IL 60187**
                                                           **630-510-0000  Fax: 630-510-0004**
                                                           **www.springerbrown.com**
                                                           _Name of law firm_

---

# **Advance Payment Retainer Agreement**

Graphic III Papers, Inc. the undersigned, hereinafter referred to as "Client", agree to employ Springer Brown, LLC., hereinafter referred to as "Attorney", to render legal services in connection with filing a Chapter7 bankruptcy for me, and hereby empower and authorize Attorney to do all things, in their sole discretion, reasonably necessary to bring the matter to a successful conclusion. Client acknowledges that the following advance payment retainer agreement has been fully explained, and Client agrees to pay said fees and costs in consideration of legal services rendered or to be rendered.

Client agrees to pay Attorney a fee of $5,000.00 for services set forth below. In addition, Client agrees to pay all costs, including the filing fee for the bankruptcy $350.00.

This retainer agreement is an advance payment retainer agreement. The funds Client has agreed to pay Attorney shall be deposited in the Springer Brown, LLC General Operating Account and ownership of said hands shall pass to Springer Brown, LLC immediately upon payment.

As our client, it is your option to have your money placed into a security retainer. The choice of the type of retainer to be used is yours alone.

The special purpose for this advance payment retainer is to allow Client to retain Attorney to represent him against creditors. Client understands that it is advantageous to treat his retainer as an advance payment retainer in that it protects the funds paid to Attorney from the claims of his creditors. It this retainer were treated as a security retainer, said funds would remain the property of Client and therefore subject to the claims of the Client's creditors.

It is understood that the above referenced flat fee is payment for services rendered and services to be performed. The services include: review of financial status; review of various documents related to debts and obligations; counseling as to various types of bankruptcy chapters; effect of bankruptcy on future ability to obtain new credit; effect of reaffirmation, redemption, avoiding, liens and surrendering property; specific advice regarding how to avoid bankruptcy and alternatives to bankruptcy; complete drafting of all required bankruptcy documents; revision and redraft of final bankruptcy documents; attending creditors' meeting, and closing file.

Client agrees that additional attorney's fees will be due should additional representation become necessary, including, but not limited to any 2004 examination, any adversary proceedings, objections to discharge, or any other action, hearing or representation that is not specified in the preceding paragraph of this agreement. Said additional representation shall be covered by a separate legal services agreement and will require an additional retainer.

The Client agrees that should he decide not to file bankruptcy or decide not to continue using Attorney's services, Attorney may charge against any retainer paid the amount of $350.00 per hour for all services rendered to date, plus actual costs incurred.

Client agrees to cooperate in the preparation of the bankruptcy case, to appear for the creditors' meeting, depositions and court appearances and to comply with all reasonable requests made in preparation of this bankruptcy case. Failure to cooperate may result in Court-imposed sanctions and Attorney's withdrawal from the case.

Client understands that he shall receive copies of all documents related to his file. Client should retain those documents as his copy of his file. Should Client require additional copies of the Attorney's file the Client understands that he will be charged for those copies.

Client understands that his file shall be kept no more than five years. Should Client require copies of any documents or the return of original documents provided to Attorney he must request those copies in writing before the expiration of that five-year period.

It is agreed that upon the event of any default or breach of any kind under this agreement by Client, Attorney reserves the right to withdraw as counsel of record for Client. It is further agreed that Client shall not have any recourse or claim against Attorney for damages following the withdrawal of Attorney as Client's counsel.

In some cases it may be necessary to hire an attorney outside Attorney's firm. This attorney will be paid out of the retainer paid to Attorney. Client expressly consents to the hiring of an outside attorney to cover court dates as needed.

Client understands that it is the Client's responsibility to provide Attorney with a complete and accurate list of creditors and other information requested on Attorney's Debt Listing Sheet and Questionnaire. The Client further understands that any debts not listed in his bankruptcy schedules may not be discharged. If Client fails to provide Attorney with all information necessary to prepare the necessary documents and said failure necessitates the amending of the schedules or Statement of Financial Affairs, Client agrees to pay an additional $100.00 to cover the fees and costs of said amendment.

The fees charged in connection with this bankruptcy and for bankruptcy issues only. They do not included resolution of any matters involving credit information.

This constitutes the entire agreement between the Attorney and Clients regarding attorneys' fees and/or services provided in the engagement, the parties agree to resolve that dispute through mediation, followed by arbitration before any suit is filed.

Attorney is a debt relief agency and helps people file for relief under the Bankruptcy Code.

### *Special Financial Management Course Notice*

Client MUST provide Attorney with a copy of Client's Certificate of Completion of Financial Management Course. If Client fails to ensure that Attorney has received and filed the required Certificate of Completion of Financial Management Course, the Client shall be responsible for payment of the case reopening fee and additional Attorney's fees of $600.00 for filing a motion to reopen the case and file said certificate. Attorney is under no obligation to file any motion to reopen Client's case until the above referenced fees and costs are paid.

_____          _____
            Client                                          Client

By Client's signature below, Client acknowledges understanding the terms of this agreement and agrees to abide by its provisions. Client has received a copy of this agreement for his records no later than five business days after the first date on which the Attorney provided any bankruptcy assistance services to client.

Dated: 2/13/18

_____          _____
Client                                    Client

_____
Attorney

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Graphic III Papers, Inc.**

Debtor(s)

Case No.
Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................... $ _____ 5,000.00

    Prior to the filing of this statement I have received ................................................... $ _____ 5,000.00

    Balance Due .................................................................................................................. $ _____ 0.00

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_2/12/18_
Date

Joshua D. Greene
*Signature of Attorney*
**Springer Brown, LLC**
**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**
**www.springerbrown.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Graphic III Papers, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **89**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **February 13, 2018**

**/s/ Frank R. Bobek, Jr.**

**Frank R. Bobek, Jr./President**
Signer/Title

Ally
P.O. Box 380902
Minneapolis, MN 55438-0902


American Express


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Aramark
P.O. Bxo 1040
Saint Charles, MO 63302


At & T
P.O. Box 5080
Carol Stream, IL 60197-5080


AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


AutoMotivation
270 N Eisenhower Ln
Suite 1
Lombard, IL 60148


Bank of America
P.O. Box 851001
Dallas, TX 75285


Beloit Board Company, Inc.
P.O. Box 386
Beloit, WI 53512-0386


Birch Communications
P.O. Box 105066
Atlanta, GA 30348-5066


Blanks/USA
7700 68th Avenue N #7
Minneapolis, MN 55428

Blue Cross Blue Shield
25550 Network Place
Chicago, IL 60673-1255


Boise White Paper. LLC
P.O. Box 844169
Dallas, TX 75284-4169


Capital One Card Service
P.O. Box 71107
Charlotte, NC 28272


Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408


Cenveo
P.O. Box 802035
Chicago, IL 60680-2035


Cenveo
c/o Teller Levit & Silvertrust
19 S. Lasalle, Suite 701
Chicago, IL 60603


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chicago Envelope
685 Kimberly Drive
Carol Stream, IL 60188


Chrysler Capital
PO Box 961275
Fort Worth, TX 76161


Citi Mastercard
P.O. Box 688901
Des Moines, IA 50368-8901


Citibank Mastercard
Citi Cards
P.O. Box 688901
Des Moines, IA 50363-0001

Clingen Callow & McLean, LLC
2300 Cabot Drive
Suite 500
Lisle, IL 60532


CMB Printing
15W 700 79th Street
Willowbrook, IL 60527-7964


ComCast
P.O. Box 3001
Southeastern, PA 19398-3001


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Coolersmart
P.O. Box 1513030
Philadelphia, PA 19175-3030


De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101


DearBorn National
36788 Eagle Way
Chicago, IL 60678-1367


Delage Landen


Ford Credit
PO box 1106
Westmont, IL 60559-8306


Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093


Ford Motor Credit
PO Box 537901
Livonia, MI 48153-7901

Frank R Bobek
4 Cambridge Drive
Oak Brook, IL 60523


Frank R. Bobek, Jr.


Garvey's Office Products
P.O. Box 5678
Carol Stream, IL 60197-5678


GM Business Card
P.O. Box 15153
Wilmington, DE 19886


GM Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Graphic 14, Inc
948 Tower Road
Mundelein, IL 60060


Graphic 5 Inc.
1440 Landmeier Rd
Elk Grove Village, IL 60007


Graphic Papers of Joliet, Inc.
701 Scott Street
Joliet, IL 60432


Guardian
P.O. Box 530157
Atlanta, GA 30353-0157


Guardian Appleton
P.O. Box 6774558
Dallas, TX 75267-7458


Guardian-Kurz
P.O. Box 6011
Carol Stream, IL 60197-6011

Hazen Paper Company
P.O. Box 189
Holyoke, MA 01041-1089


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Dept. of Revenue
P.O. Box 19006
Springfield, IL 62794-9006


Illinois Paper & Copier Company
6 Territorial Ct.
Bolingbrook, IL 60440


Jorsen & Carlson, Inc
15601 Pratt Blvd.
P.O. Box 796
Elk Grove Village, IL 60007


Konica Minolta
P.O. Box 41602
Philadelphia, PA 19101-1602


Konica Minolta Premier Finance
P.O. Box 41602
Philadelphia, PA 19101-1602


Label Source, Corp
19027 S Jodi Rd Unit E
Mokena, IL 60448


Leader Paper Products, Inc.
Bin #352
Milwaukee, WI 53288


Lehman, Inc.
1585 Greenleaf Ave.
Elk Grove Village, IL 60007-5524


Lewis Paper
P.O. Box 562
Wheeling, IL 60090

Lindenmeyr
P.O. Box 99922
Chicago, IL 60696-7722


Macy's Amex
P.O. Box 183084
Columbus, OH 43218-3084


MB Financial
P.O. Box 6261
Chicago, IL 60680


Mercedes Benz Financial
PO Box 685
Roanoke, TX 76262


Mercedez Benz Financial
PO Box 5209
Carol Stream, IL 60197


Midland Paper
1140 Paysphere Circle
Chicago, IL 60674


Midwest Insurance Company
c/o Lichtman Eisen Partners
222 N. Lasalle St., Suite 300
Chicago, IL 60601


Nordstrom Bank
P.O. Box 79137
Phoenix, AZ 85062


P.H. Glatfelter
3174 Solutions Center
Chicago, IL 60677-3001


Palmer Packaging, Inc
P.O. Box 335
Addison, IL 60101-4306


Pekin Insurance
2505 Court Street
Pekin, IL 61558-0001

Performance Office Papaers
21565 Hamburg Ave
Lakeville, MN 55044


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes
c/o Allen, Maxwell & Silver
PO Box 540
Fair Lawn, NJ 07410


Prestige Box Corp.
P.O. Box 220428
Great Neck, NY 11022-0428


Promotion Company of Illinois
2222 Shetland Road
Barrington, IL 60010


Secretary of State License Renewal
3701 Winchester Road
Springfield, IL 62707-9700


Siemens Industry, Inc
3500 Quadrangle Blvd.
Orlando, FL 32817


Sikich, LLP
1415 W. Diehl Rd
Suite 400
Naperville, IL 60563


Southwest Binding & Laminating
P.O. Box 150
Maryland Heights, MO 63043


Spinnaker Coating, Inc
8464 Solution Center
Chicago, IL 60677-8004


The Ticket Doctor
922 Grant Street
Fenton, MI 48430

United Express Sysytem
P.O. Box 1628
Aurora, IL 60507-1628


Up North Printing
1519 E Main Street
Suite 600
Saint Charles, IL 60174


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Victor Envelope Company
301 Arthur Court
Bensenville, IL 60106


VK Industrial III, LP
9500 W Bryn  Mawr Ave
Suite 340
Des Plaines, IL 60018


Von Son, Inc
P.O. Box 6002
Hauppauge, NY 11788


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Waterlogic East, LLC
P.O. Box 829669
Philadelphia, PA 19182-9669


Wausau Coated Products, Inc.
P.O. Box 78170
Milwaukee, WI 53278-0170


Wausau Paper Corp.
Bin #073
Milwaukee, WI 53288-0073


Western States Envelope
P.O. Box 2048
Milwaukee, WI 53201

Western States Envelope
c/o Kohner Mann & Kailas
4650 N. Port Washington Rd.
Milwaukee, WI 53212

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Graphic III Papers, Inc.**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Graphic III Papers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2018**
_____
Date

**/s/ Joshua D. Greene**
_____
**Joshua D. Greene**
Signature of Attorney or Litigant
Counsel for   **Graphic III Papers, Inc.**
_____
**Springer Brown, LLC**
**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**
**www.springerbrown.com**