

# SPRINGER
# BROWN, LLC

Wheaton Executive Center
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

T: 630.510.0000
F: 630.510.0004

February 13, 2018

Office of the United States Trustee,
**Patrick S. Layng**
**ATTN: Ms. Benita Jones**
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Fax 312-886-5794

    In Re: Graphic III Papers, Inc.
          Chapter 7 Case No. 18-3905

Dear Ms. Jones:

    In regards to the above referenced chapter 7 Case, please accept my resignation as appointed Chapter 7 Trustee in the case.

    As always, please do not hesitate to contact me should you have any questions or concerns. Thank you.

Very truly yours,

*/s/ David R. Brown*

David R. Brown
DRB/ip



UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES TRUSTEE

*NORTHERN DISTRICT OF ILLINOIS, REGION 11*

---

*219 S. Dearborn Street*     Main    *(312) 886-5785*
*Room 873*    Fax    *(312) 886-5794*
*Chicago, IL 60604*

February 14, 2018

Frank J. Kokoszka, Esq.
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Suite 1201
Chicago, Illinois 60603-1419

                 RE: Graphic III Papers, Inc.
                     18 B 3905

Dear Mr. Kokoszka:

   Due to the resignation of the former trustee David R. Brown, in the above case, you have been appointed as successor trustee. Bond is fixed and approved as the blanket bond.

   If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

                       Sincerely,

                       Patrick S. Layng
                       United States Trustee

Rejected:

Signature: **ADAM BRIEF**
Digitally signed by ADAM BRIEF
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=EOUST, cn=ADAM BRIEF, 0.9.2342.19200300.100.1.1=15001003242181
Date: 2018.02.14 11:25:31 -06'00'

                       Adam G. Brief
                       Assistant United States Trustee

Date:

AGB:bj